1  JOHN C. HERMAN
   RYAN K. WALSH *(Pro Hac Vice)*
2  JOSEPH BENZ III
   JASON S. JACKSON *(Pro Hac Vice)*
3  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
4  3424 Peachtree Road, N.E.
   Monarch Centre, Suite 1650
5  Atlanta, Georgia 30326
   Telephone:  404-504-6500
6  Facsimile:  404-504-6501
   jherman@csgrr.com
7  rwalsh@csgrr.com
   jbenz@csgrr.com
8  jjackson@csgrr.com

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  NORTHPEAK WIRELESS, LLC,          )   Case No. 3:09-cv-00602-CRB
                                      )
16                    Plaintiff,      )
                                      )
17            vs.                     )
                                      )   **PLAINTIFF NORTHPEAK WIRELESS,**
18  3COM CORPORATION, et al.,         )   **LLC'S CERTIFICATION OF**
                                      )   **INTERESTED ENTITIES OR PERSONS**
19                    Defendants.     )
    _____)

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) may have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) may have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Monica R. Campuzano
Marlene J. Colgan
Elizabeth S. Corcoran
Robert J. Davis
Katherine J. Dixon
David P. Dunbar
Miriam G. Hill
Gerard J. Hill
Mohamad Motahari
Marc L. Reed
Robert E. Rouquette
Stephen N. Fant
Kevin M. Logan
Dale E. Reiser
Danny W. Spencer
Insa C. Sutherland
Ann L. Davis
David Biggs
Micah J. Wilson
Walter J. Woodruff
Ahmad H. Abdelmajid
David P. Alley
Michael R. Brown
Raymond A. Conigliaro
Margaret E. Guarisco
Charles A. Hwang
Bridgette L. Johnson
Ramona G. McCain
Joseph C. MacKenzie
Kevin S. Olree
Scott K. Quillin
Raymond J. Weindel
Jeffrey E. Clements
Tolton T. Connor, Jr.
Josephine K. Labruzzo
Vincent J. Impastato
Henry D. Carle
John H. Fox
Kraig W. Hallgarth

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS

1

Donald Hyde
John R. Souvestre

2

Mark Krasselt

3

Martin C. Poppe
Michael L. Eckstein

4

Michael Magee
Terrence F. Hock

5

Oneil J. Williams, Jr.
Alex K. Wong

6

Steve Peterson

7

Kruno Huitzingh
Sanconix, Inc.

8

Jeno F. & Monica E. Kalozdi
Thomas B. Hoyt

9

HSB Engineering Finance Corp.
Industrial Technology Ventures, LP

10

Cordova Intellimedia Ventures, LP
Vencap Opportunities Fund

11

Koerner Capital, LLC

12

Neal M. Allen
Mark A. Cox

13

H. Britton Sanderford
Donald B. Sallee

14

Lydia Stark Trustee

15

John J. Driscoll
Renaldo Turnbull

16

Gary P. Arnold
Louisiana Economic Development Corp.

17

Odlan Holding, LLC
Robert Dupuis

18

Stonebridge Advisors, LLC

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS

1

2   DATED:  March 25, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

3

4

_____/s/_____

5                                                    RYAN K. WALSH

6                                       JOHN C. HERMAN
RYAN K. WALSH (Pro Hac Vice)
7                                       E. JOSEPH BENZ III
JASON S. JACKSON (Pro Hac Vice)
8                                       Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
9                                       Atlanta, GA  30326
Telephone:  404/504-6500
10                                      404/504-6501 (fax)
jherman@csgrr.com
11                                      rwalsh@csgrr.com
jbenz@csgrr.com
12                                      jjackson@csgrr.com

13

14

Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28
PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

_____

/s/

Ryan K. Walsh *(Pro Hac Vice)*
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, GA 30326
(404) 504-6500 (Telephone)
(404) 504-6501 (Facsimile)
rwalsh@csgrr.com

Attorney for Plaintiff

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR
PERSONS