UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORTHPEAK WIRELESS, LLC

             Plaintiff(s),

        v.

3COM CORPORATION, et al.

             Defendant(s).
_____/

Case No. C 09-00602 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

    (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 5/5/2009

Dated: 5/11/2009

NETGEAR, Inc.

_____
[Party]  Associate General Counsel

_____
[Counsel]  WILSON SONSINI GOODRICH
          & ROSATI

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."