JOHN C. HERMAN
RYAN K. WALSH *(Pro Hac Vice)*
JOSEPH BENZ III
JASON S. JACKSON *(Pro Hac Vice)*
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501
jherman@csgrr.com
rwalsh@csgrr.com
jbenz@csgrr.com
jjackson@csgrr.com

Attorneys for Plaintiff
NORTHPEAK WIRELESS, LLC

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC<br><br>       Plaintiff,<br><br>  v.<br><br>3COM CORPORATION *et al.*,<br><br>       Defendants. | CASE NO. 3:09-cv-00602-CRB<br><br>**JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS** |

Pursuant to Civil L.R. 6-2, the parties, by and through their respective counsel of record, stipulate and agree as follows and ask the Court to enter the proposed order:

WHEREAS, the Joint Case Management Statement prepared by the parties and entered by the Courted provides for the parties to produce privilege logs no later than August 1, 2009 [Dkt. # 389, 398];

WHEREAS, NorthPeak has requested a short extension of that deadline without altering other deadlines; and

WHEREAS, the other parties have consented to NorthPeak's request.

THEREFORE, the parties, subject to the Court's approval, stipulate and agree as follows:

The deadline for the production of privilege logs will be extended 30 days, through and including August 31, 2009.

IT IS SO AGREED.

DATED: July 31, 2009

                COUGHLIN STOIA GELLER
                   RUDMAN & ROBBINS LLP


                                   /s/
                       RYAN K. WALSH

JOHN C. HERMAN
RYAN K. WALSH *(Pro Hac Vice)*
E. JOSEPH BENZ III
JASON S. JACKSON *(Pro Hac Vice)*
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@csgrr.com
rwalsh@csgrr.com
jbenz@csgrr.com
jjackson@csgrr.com


                Attorneys for Plaintiff

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS         2

1
2           By:_____/s/_____
3
4 Richard C. Vasquez (CA SB 127228)
Avin P. Sharma (CA SB 233328)
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Tel: (925) 627-4250
Fax: (925) 403-0900

*Attorneys for Defendant 3Com Corporation and SMC Networks, Inc.*

By:_____/s/_____

Chad S. Campbell (#258723)
Timothy J. Franks (#197645)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suste 2000
Phoenix, Arizona 85012-2788

*Attorneys for Intel Corporation*

By:_____/s/_____

Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Jeremy M. Duggan (Cal. Bar No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790

*Attorneys for ASUS Computer International*

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS     3

1
2                                                By: _____/s/_____
3                                                David Enzminger
4                                                Ryan Yagura
                                                 Nicholas J. Whilt
5                                                O'MELVENY & MYERS LLP
                                                 400 South Hope Street
6                                                Los Angeles, California 90071-2899
                                                 Tel: (213) 430-6000
7                                                Fax: (213) 430-6407
8
                                                 Kristopher M. Dawes
9                                                O'MELVENY & MYERS LLP
                                                 610 Newport Center Drive
10                                               Newport Beach, California 92660-6429
                                                 Tel: (949) 760-9600
11                                               Fax: (949) 823-6994
12
                                                 *Attorneys for Belkin International, Inc.*
13
                                                 By: _____/s/_____
14
15                                               Michael A. Jacobs
                                                 MORRISON & FOERSTER LLP
16                                               425 Market Street
                                                 San Francisco, CA 94105
17
                                                 Karl J. Kramer
18                                               MORRISON & FOERSTER LLP
                                                 755 Page Mill Road
19                                               Palo Alto, CA 94302
20
                                                 *Attorneys for SonicWALL, Inc.*
21
22
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS                              4

By: /s/

Karl J. Kramer
Christopher F. Jeu
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Fujitsu America, Inc.*

By: /s/

Richard de Bodo (CA SBN 128199)
Christopher P. Broderick (CA SBN 180254)
Andrew V. Devkar (CA SBN 228809)
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

*Attorneys for Epson America, Inc.*

By: /s/

David J. Levy
Rich Rambo
C. Erik Hawes
I. Clay Roger
Lindsey Cowart
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4200
Houston, TX 77002

*Attorneys for Defendant Hewlett-Packard Company*

1
2                                          By:_____/s/_____
3
                                           John N. Zarian
4                                          Dana M. Herberholz
                                           ZARIAN MIDGLEY & JOHNSON PLLS
5                                          960 Broadway Ave., Suite 250
                                           Boise, Idaho 83706
6
7                                          *Attorneys for Rosewill, Inc. and ViewSonic Corporation*
8
9                                          By:_____/s/_____
10
                                           Christine Yang
11                                         Duncan Palmatier
                                           LAW OFFICES OF S. J. CHRISTINE YANG
12                                         17220 Newhope Street, Suite 101-102
                                           Fountain Valley, CA 92708
13
                                           *Attorneys for D-Link Systems, Inc. and Zyxel Communications, Inc.*
14
15
                                           By:_____/s/_____
16
17                                         James A. DiBoise
                                           Roger J. Chin
18                                         Jennifer Ochs
                                           Ryan R. Smith
19                                         Matthew A. Argenti
                                           WILSON SONSINI GOODRICH & ROSATI
20                                         One Market Street
                                           Spear Tower, Suite 3300
21                                         San Francisco, CA 94105
22
                                           *Attorneys for NETGEAR, Inc.*
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS                                    6

|   |   |
|---|---|
| 1 |   |
| 2 | By:_____/s/_____ |
| 3 | William B. Dyer III |
| 4 | Anita Bhushan |
|   | Roger Dale Taylor |
| 5 | FINNEGAN, HENDERSON, FARABOW, |
|   |   GARRETT & DUNNER, LLP |
| 6 | 303 Peachtree Street, NE, Suite 3500 |
| 7 | Atlanta, GA 30308 |
| 8 | *Attorneys for Sony Electronics Inc. and Sony Computer Entertainment America Inc.* |
| 9 |   |
| 10 | By:_____/s/_____ |
| 11 | Kai Tseng |
| 12 | Thomas H. Zellerbach |
|   | Michael C. Spillner |
| 13 | Michael C. Ting |
| 14 | James H. Lin |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | 1000 Marsh Road |
|   | Menlo Park, California 94025 |
| 16 | (650) 614-7400 |
|   | (650) 614-7401 (fax) |
| 17 |   |
| 18 | *Attorneys for Acer America Corp., Gateway, Inc., and WatchGuard Technologies, Inc.* |

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS                         7

1
2                                                By:_____/s/_____
3
                                                 David H.S. Commins (SBN 124205)
4                                                Kit L. Knudsen (SBN 154714)
                                                 COMMINS & KNUDSEN, P.C.
5                                                400 Montgomery Street, Suite 200
                                                 San Francisco, CA 94104
6                                                Tel:  (414) 391-6490
                                                 Fax:  (415) 391-6493
7
8                                                *Attorneys for Buffalo Technology (USA), Inc.*

9
                                                 By:_____/s/_____
10
11                                               David S. Bloch
                                                 WINSTON & STRAWN LLP
12                                               101 California Street
                                                 San Francisco, CA 94111-5894
13
                                                 *Attorneys for U.S. Robotics Corporation*
14
15                                               By:_____/s/_____

16                                               John J. Feldhaus
                                                 Pavan Agarwal
17                                               FOLEY & LARDNER LLP
                                                 3000 K Street, N.W., Suite 500
18                                               Washington, D.C. 20007

19
                                                 *Attorneys for Toshiba America Information*
20                                               *Systems, Inc.*

21
22
23
24
25
26
27
28

**JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS**                                      8

1
2                                                  By:_____/s/_____

3                                                  Sean P. DeBruine (SBN 168071)
4                                                  ALSTON + BRID LLP
                                                   Two Palo Alto Square
5                                                  3000 El Camino Real, Suite 400
6                                                  Palo Alto, California 94306
                                                   Tel:  (650) 838-2000
7                                                  Fax:  (650) 838-2001
                                                   sean.debruine@alston.com
8
9                                                  Patrick J. Flinn (SBN 104423)
                                                   John D. Haynes (pro hac vice)
10                                                 Byron R. Holz (pro hac vice)
                                                   ALSTON + BIRD, LLP
11                                                 One Atlantic Center
                                                   1201 West Peachtree Street
12                                                 Atlanta, GA 30309
                                                   Tel:  (404) 881-7000
13                                                 Fax:  (404) 881-7777
                                                   Patrick.flinn@alston.com
14                                                 john.haynes@alston.com
15                                                 byron.holz@alston.com

16                                                 Stacey G. White (pro hac vice)
                                                   ALSTON + BIRD, LLP
17                                                 Chase Tower, Suite 3601
                                                   2200 Ross Avenue
18                                                 Dallas, TX 75201
                                                   Tel:  (214) 922-3400
19                                                 Fax:  (214) 922-3899
20                                                 Stacey.white@alston.com

21                                                 ***Attorneys for Dell, Inc.***

22
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS                    9

1
2                                        By:_____/s/_____
3
     Jen-Feng Lee
4    Kenneth K. Tanji
     WORLDESQUIRE LAW FIRM LLP
5    80 South Lake Avenue, Suite 708
     Pasadena, CA 91101
6    Tel:  (626) 795-5555
     Fax:  (626) 795-5533
7
8    *Attorneys for Trendnet Systems, Inc.,*
     *Trendware International, Inc., and Zonet USA*
9    *Corporation*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS                    10

I, Ryan K. Walsh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Extend Time to Produce Privilege Logs.  In compliance with General Order No. 45, §X.B., I hereby attest that each of the parties listed in the signature block has concurred in this filing.

DATED: July 31, 2009                              COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP


                                                            /s/
                                                  ———————————————
                                                  RYAN K. WALSH

                                                  JOHN C. HERMAN
                                                  RYAN K. WALSH *(Pro Hac Vice)*
                                                  E. JOSEPH BENZ III
                                                  JASON S. JACKSON *(Pro Hac Vice)*
                                                  Monarch Centre, Suite 1650
                                                  3424 Peachtree Road, N.E.
                                                  Atlanta, GA  30326
                                                  Telephone:  404/504-6500
                                                  404/504-6501 (fax)
                                                  jherman@csgrr.com
                                                  rwalsh@csgrr.com
                                                  jbenz@csgrr.com
                                                  jjackson@csgrr.com


                                                  Attorneys for Plaintiff

## DECLARATION OF RYAN K. WALSH

I, Ryan K. Walsh, in connection with the above Joint Stipulation to Extend Time to Produce Privilege Logs, do hereby state and declare as follows:

1. The reason for the requested enlargement of time is to provide NorthPeak with a small amount of time to complete its privilege log.

2. There have been no previous modifications to the deadline for the production of privilege logs in this case.

3. The requested enlargement of time for the production of privilege logs will have no effect on other deadlines in this case.

This the 31st day of July, 2009.

/s/ Ryan K. Walsh
Attorney for Plaintiff
NORTHPEAK WIRELESS, LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for the production of privilege logs will be extended 30 days, through and including August 31, 2009.

DATED: 08/03/09



UNITED STATES DISTRICT JUDGE

Judge Charles R. Breyer

JOINT STIPULATION TO EXTEND TIME TO PRODUCE PRIVILEGE LOGS          13