UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NORTHPEAK WIRELESS, LLC, | ) | Case No. C 09-00602 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER DISMISSING DEFENDANT IOGEAR, INC. WITH PREJUDICE |
| | ) | |
| 3COM CORPORATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered Plaintiff NORTHPEAK WIRELESS, LLC's ("NorthPeak") and Defendant IOGEAR, INC.'s ("IOGEAR") Joint Stipulation of Dismissal With Prejudice as to claims and counterclaims asserted by NorthPeak and IOGEAR, it is hereby

ORDERED that

NorthPeak's claims against IOGEAR are dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

IOGEAR'S counterclaims against NorthPeak are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Signed: Judge Charles R. Breyer, 08/06/09]*