UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>3COM CORPORATION, ET AL.,<br><br>　　　　　　　Defendants. | Case No. C 09-00602 CRB<br><br>~~[PROPOSED]~~ ORDER DISMISSING DEFENDANT MSI COMPUTER CORPORATION WITH PREJUDICE |

Having considered Plaintiff NORTHPEAK WIRELESS, LLC'S ("NorthPeak") and Defendant MSI COMPUTER CORPORATION'S ("MSI") Joint Stipulation of Dismissal With Prejudice as to claims and counterclaims asserted by NorthPeak and MSI, it is hereby

ORDERED that:

NorthPeak's claims against MSI are dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

MSI's counterclaims against NorthPeak are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer