UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>3COM CORPORATION, ET AL.,<br><br>Defendants. | Case No. C 09-00602 CRB<br><br>[PROPOSED] ORDER DISMISSING DEFENDANT SANDISK CORPORATION WITH PREJUDICE |

Having considered Plaintiff NORTHPEAK WIRELESS, LLC'S ("NorthPeak") and Defendant SANDISK CORPORATION'S ("SanDisk") Joint Stipulation of Dismissal With Prejudice as to claims and counterclaims asserted by NorthPeak and SanDisk, it is hereby

ORDERED that:

NorthPeak's claims against SanDisk are dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

SanDisk's counterclaims against NorthPeak are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
CHARLES S. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer