UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NORTHPEAK WIRELESS, LLC, | ) | Case No. C 09-00602 CRB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **[PROPOSED] ORDER DISMISSING DEFENDANT ROSEWILL, INC. WITH PREJUDICE** |
| 3COM CORPORATION, ET AL., | ) ) | |
| Defendants. | ) ) ) | |

Having considered Plaintiff NORTHPEAK WIRELESS, LLC's ("NorthPeak") and Defendant ROSEWILL INC.'s ("Rosewill") Joint Stipulation of Dismissal With Prejudice as to claims and counterclaims asserted by NorthPeak and Rosewill, it is hereby

ORDERED that NorthPeak's claims against Rosewill are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that Rosewill's counterclaims against NorthPeak are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

_____
CHARLES S. BREYER
UNITED STATES



## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

/s/
Ryan K. Walsh *(Pro Hac Vice)*
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, GA 30326
(404) 504-6500 (Telephone)
(404) 504-6501 (Facsimile)
rwalsh@csgrr.com

Attorney for Plaintiff
NORTHPEAK WIRELESS, LLC