Sean P. DeBruine (SBN 168071)
Steven D. Hemminger (SBN 110665)
ALSTON & BIRD, LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:     650-838-2000
Facsimile:     650-838-2001
sean.debruine@alston.com
steve.hemminger@alston.com

Patrick J. Flinn (SBN 104423)
John D. Haynes (*pro hac vice*)
Byron R. Holz (*pro hac vice*)
ALSTON & BIRD, LLP
One Atlantic Center
1201 W Peachtree St
Atlanta, GA 30309
Telephone :    (404) 881-7000
Fax :          (404) 881-7777
patrick.flinn@alston.com
john.haynes@alston.com
byron.holz@alston.com

Attorneys for Defendants
DELL, INC. and SONICWALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NORTHPEAK WIRELESS, LLC, | ) Case No. 3:09-cv-00602-CRB |
|---|---|
| Plaintiff, | ) **MOTION FOR WITHDRAWAL OF STACEY G. WHITE AS COUNSEL FOR DELL, INC. AND [PROPOSED] ORDER** |
| v. | |
| 3COM CORPORATION, et al., | |
| Defendants. | |

Alston & Bird, LLP respectfully requests that Stacey G. White be permitted to withdraw as counsel for Dell, Inc. in this matter.  Ms. White recently left Alston & Bird, LLP for a judicial position at the U.S. Patent and Trademark Office.  Patrick J. Flinn, John D. Haynes, Steven D. Hemminger, Sean P. DeBruine and Byron R. Holz of Alston & Bird, LLP continue to represent Dell, Inc. in this matter.

| | |
|---|---|
| 1 | Sean P. DeBruine (SBN 168071) |
| 2 | Steven D. Hemminger (SBN 110665)<br>ALSTON & BIRD, LLP |
| 3 | 275 Middlefield Road, Suite 150<br>Menlo Park, California  94025 |
| 4 | Telephone:    650-838-2000<br>Facsimile:     650-838-2001 |
| 5 | sean.debruine@alston.com<br>steve.hemminger@alston.com |
| 6 | Patrick J. Flinn (SBN 104423) |
| 7 | John D. Haynes (*pro hac vice*)<br>Byron R. Holz (*pro hac vice*) |
| 8 | ALSTON & BIRD, LLP<br>One Atlantic Center |
| 9 | 1201 W Peachtree St<br>Atlanta, GA 30309 |
| 10 | Telephone :    (404) 881-7000<br>Fax :              (404) 881-7777 |
| 11 | patrick.flinn@alston.com<br>john.haynes@alston.com |
| 12 | byron.holz@alston.com |

Dated:  March 1, 2013                     Respectfully submitted,
                                                          ALSTON & BIRD, LLP


                                                          By: _____/s/ Sean P. Debruine_____
                                                                              Sean P. DeBruine

                                                          Attorney for Defendants
                                                          DELL, INC. and SONICWALL, INC.

**[PROPOSED] ORDER**

The Motion to Withdraw Stacey G. White as Counsel for Dell, Inc. is hereby GRANTED.

Dated: March____, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE