JOHN C. HERMAN
RYAN K. WALSH *(Pro Hac Vice)*
ROBBINS GELLER RUDMAN
  & DOWD LLP
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501
jherman@rgrdlaw.com
rwalsh@ rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 3COM CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:09-cv-00602-CRB <br><br><br> **JOINT STATUS REPORT** |

JOINT STATUS REPORT

NOW COME Plaintiff NorthPeak Wireless, LLC, Defendants, and Intervenor Intel Corporation and, pursuant to the terms of the parties' Stipulation to Stay the Case Pending Reexamination of the Patents-in-Suit, hereby provide the Court with the following status update.

**1.     STATUS OF THE CASE**

Pursuant to the Court's Order dated August 28, 2009, this case has been stayed pending ex parte reexamination of the patents at issue.

**II.    STATUS OF THE REEXAMINATION PROCEEDINGS**

**U.S. Patent No. 4,977,577 (the "'577 Patent")**

Intel originally filed an ex parte reexamination request for the '577 Patent on July 28, 2009, and filed a corrected request on September 18, 2009. On November 9, 2009, the U.S. Patent and Trademark Office (the "PTO") granted the request for reexamination. The PTO issued an Office Action regarding '577 Patent, and NorthPeak filed a Response.

On June 28, 2011, the Patent Office issued a Reexamination Certificate, which confirms the patentability of all claims under reexamination (claims 2, 9, 12-14). A copy of the Reexamination Certificate is attached hereto as Exhibit A.

**U.S. Patent No. 5,987,058 (the "'058 Patent")**

Intel filed an ex parte reexamination request for the '058 Patent on September 4, 2009. On October 23, 2009, the PTO granted the request for reexamination. The PTO issued an Office Action regarding the '058 Patent, and NorthPeak filed a Response.

The Examiner found claims 35 and 86 of the '058 Patent unpatentable. On August 22, 2011, NorthPeak filed a Notice of Appeal and Appeal Brief before the Board of Patent Appeals and Interferences, appealing the Examiner's decision regarding the reexamination of the '058 patent. On or about March 21, 2013, the Board of Appeals affirmed the Examiner's decision.

On May 17, 2013, NorthPeak filed a Notice of Appeal of that decision with the United States Court of Appeals for the Federal Circuit. NorthPeak has not yet filed its opening brief on appeal.

DATED: September 3, 2013        ROBBINS GELLER RUDMAN
         & DOWD LLP

                             /s/
                        RYAN K. WALSH

JOHN C. HERMAN
RYAN K. WALSH *(Pro Hac Vice)*
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Tel:  404/504-6500
Fax:  404/504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Plaintiff

DATED: September 3, 2013

By:         /s/

Richard de Bodo (CA SBN 128199
Andrew V. Devkar (CA SBN 228809)
BINGHAM MCCUTCHEN LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082
Tel:  310-907-1000
Fax:  310-907-2000

**Attorneys for Epson America, Inc.**

JOINT STATUS REPORT

DATED: September 3, 2013

By: _____/s/_____

Richard C. Vasquez (CA SB 127228)
Jeffrey T. Lindgren (CA SB 176400)
Eric W. Benisek (CA SB 209520)
Robert S. McArthur (CA SB 204604)
Stephen C. Steinberg (CA SB 230656
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd. Suite 300
Lafayette, CA 94549
Tel: 925-627-4250
Fax: 925-403-0900

**Attorneys for SMC Networks, Inc.**

DATED: September 3, 2013

By: _____/s/_____

Chad S. Campbell (#258723)
Timothy J. Franks (#197645)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

**Attorneys for Intel Corporation**

DATED: September 3, 2013

By: _____/s/_____

Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar No. 136154)
Jeremy M. Duggan (Cal. Bar No. 229854)
BECK, ROSS, BISMONTE & FINLEY, LLP
150 Almaden Boulevard
10th Floor
San Jose, CA 95113
Tel: 408-938-7900
Fax: 408-938-0790

**Attorneys for ASUS Computer International**

JOINT STATUS REPORT

DATED: September 3, 2013

By: _____/s/_____

Ryan Yagura
Vision L. Winter
Nicholas J. Whilt
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Tel: 213-430-6000
Fax: 213-430-6407

Edgar Martinez
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660-6429
Tel: 949-760-9600
Fax: 949-823-6994

**Attorneys for Belkin International, Inc.**

DATED: September 3, 2013

By: _____/s/_____

Karl J. Kramer
Christopher F. Jeu
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304

**Attorneys for Fujitsu America, Inc.**

DATED: September 3, 2013

By: _____/s/_____

David J. Levy
Rich Rambo
C. Erik Hawes
I. Clay Roger
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX 77002

**Attorneys for Hewlett-Packard Company and 3Com Corporation**

JOINT STATUS REPORT

| | |
|---|---|
| DATED: September 3, 2013 | By: _____/s/_____ |
| | John N. Zarian<br>Dana M. Herberholz<br>PARSONS BEHLE & LATIMER<br>960 Broadway Avenue<br>Suite 250<br>Boise, Idaho 83706 |
| | **Attorneys for ViewSonic Corporation** |
| DATED: September 3, 2013 | By: _____/s/_____ |
| | Christine Yang<br>Duncan Palmatier<br>LAW OFFICES OF S. J. CHRISTINE YANG<br>17220 Newhope Street,<br>Suite 101-102<br>Fountain Valley, CA 92708 |
| | **Attorneys for D-Link Systems, Inc. and Zyxel Communications, Inc.** |
| DATED: September 3, 2013 | By: _____/s/_____ |
| | Ryan R. Smith<br>Matthew A. Argenti<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| | **Attorneys for NETGEAR, Inc.** |

JOINT STATUS REPORT

1 | DATED: September 3, 2013

By: _____/s/_____

William B. Dyer III
Anita Blushan
Roger Dale Taylor
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
303 Peachtree Street, NE
Suite 3500
Atlanta, GA  30308

**Attorneys for Sony Electronics Inc., and Sony Computer Entertainment America Inc.**

DATED: September 3, 2013

By: _____/s/_____

Thomas H. Zellerbach (SBN 154557)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel:  650-614-7400
Fax:  650-614-7401

**Attorneys for WatchGuard Technologies, Inc.**

DATED: September 3, 2013

By: _____/s/_____

Michael C. Ting
TechKnowledge Law Group LLP
1521 Diamond Street
San Francisco, CA  94131
Tel: 408-646-1131

**Attorneys for Acer America Corp. and Gateway Inc.**

JOINT STATUS REPORT

1  DATED: September 3, 2013

By: _____/s/_____

David H. S. Commins (SBN 124205)
Kit L. Knudsen (SBN 154714)
COMMINS & KNUDSEN, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel: 415-391-6490
Fax: 415-391-6493

Russell W. Faegenburg
Andrew T. Zidel
LERNER, DAVID, LITTENBERG, KRUMHOLZ 7
MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel: 908-654-5000
Fax: 908-654-7866

**Attorneys for Buffalo Technology (USA), Inc.**

DATED: September 3, 2013

By: _____/s/_____

David S. Bloch
David Enzminger
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

**Attorneys for U.S. Robotics Corporation**

DATED: September 3, 2013

By: _____/s/_____

John J. Feldhaus
Pavan Agarwal
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007

**Attorneys for Toshiba America Information Systems, Inc.**

JOINT STATUS REPORT

1 | DATED:  September 3, 2013

2 | By: _____/s/_____

3 | Sean P. DeBruine (SBN 168071)
  | Steven D. Hemminger (SBN 110665)
4 | ALSTON & BIRD LLP
  | 275 Middlefield Road
5 | Suite 150
  | Menlo Park, CA 94025-4008
6 | Tel:  650-838-2000
  | Fax:  650-838-2001
7 | sean.debruine@alston.com
  | steve.hemminger@alston.com

  | Patrick J. Flinn (SBN 104423)
9 | John D. Hayes (pro hac vice)
  | Byron R. Holz (pro hac vice)
10 | ALSTON & BIRD, LLP
  | One Atlantic Center
11 | 1201 W. Peachtree Street
  | Atlanta, GA 30309
12 | Tel:  404-881-7000
  | Fax:  404-881-7777
13 | patrick.flinn@alston.com
  | john.hayes@alston.com
14 | byron.holz@alston.com

15 | **Attorneys for Dell, Inc. and SonicWALL**

17 | DATED:  September 3, 2013

18 | By: _____/s/_____

19 | Jen-Feng Lee
  | LT PACIFIC LAW GROUP
20 | 17800 Castleton Street, Suite 560
  | City of Industry, CA 91748
21 | Tel:  626-810-7200
  | Fax:  626-810-7300

23 | **Attorneys for Trendnet Systems, Inc.**

JOINT STATUS REPORT

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

/s/
Ryan K. Walsh *(Pro Hac Vice)*
ROBBINS GELLER RUDMAN
  & DOWD LLP
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, GA 30326
(404) 504-6500 (Telephone)
(404) 504-6501 (Facsimile)
rwalsh@rgrdlaw.com

**Attorney for Plaintiff Northpeak Wireless, LLC**

JOINT STATUS REPORT