MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

KARL J. KRAMER (CA SBN 136433)
kkramer@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792

Attorneys for Defendant
SONICWALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC<br><br>         Plaintiff,<br><br>         v.<br><br>3COM CORPORATION *et al.*,<br>         Defendants. | CASE NO. 3:09-cv-00602-CRB<br><br>**MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER** |

Michael A. Jacobs and Karl J. Kramer of Morrison & Foerster LLP respectfully request that they be permitted to withdraw as counsel for Defendant SonicWALL, Inc.  Attorneys of the firm Alston & Bird, LLP have entered an appearance (Dkt. No. 458) and continue to represent SonicWALL in this matter.

Dated:  November 15, 2013

MICHAEL A. JACOBS
KARL J. KRAMER
MORRISON & FOERSTER LLP

By: /s/ Karl J. Kramer
Karl J. Kramer

Attorneys for Defendant
SONICWALL, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE