MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KARL J. KRAMER (CA SBN 136433)
kkramer@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant
SONICWALL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC<br><br>                  Plaintiff,<br><br>         v.<br><br>3COM CORPORATION *et al.*,<br>                  Defendants. | CASE NO. 3:09-cv-00602-CRB<br><br>**MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND ORDER** |

Michael A. Jacobs and Karl J. Kramer of Morrison & Foerster LLP respectfully request that they be permitted to withdraw as counsel for Defendant SonicWALL, Inc. Attorneys of the firm Alston & Bird, LLP have entered an appearance (Dkt. No. 458) and continue to represent SonicWALL in this matter.

Dated:  November 15, 2013         MICHAEL A. JACOBS
                                  KARL J. KRAMER
                                  MORRISON & FOERSTER LLP

                                  By:   /s/  Karl J. Kramer
                                         Karl J. Kramer

                                  Attorneys for Defendant
                                  SONICWALL, INC.

**ORDER**

IT IS SO ORDERED.

Dated:   November 11, 2013

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER
Case No. 3:09-cv-00602-CRB
pa-1615674

2