| | |
|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) |
| 2 | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018<br>Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792<br>KKramer@mofo.com |
| 5 | CJeu@mofo.com |
| 6 | Attorneys for Defendant and Counterclaimant<br>FUJITSU AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC<br><br>          Plaintiff,<br><br>     v.<br><br>3COM CORPORATION *et al.*,<br><br>          Defendants. | CASE NO. 3:09-cv-00602-CRB<br><br>**MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER** |

Defendant FUJITSU AMERICA, INC. hereby requests that Christopher F. Jeu be removed as counsel of record and removed from the master service list in the above-entitled action. The undersigned attorneys from Morrison & Foerster LLP remain as counsel of record to Defendant FUJITSU AMERICA, INC.

MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER
CASE NO. 3:09-cv-00602-CRB
pa-1636759

| | |
|---|---|
| Dated: April 3, 2014 | Respectfully submitted,<br>KARL J. KRAMER<br>MORRISON & FOERSTER LLP |
| | By: /s/ Karl J. Kramer<br>       Karl J. Kramer |
| | Attorneys for Defendant and Counterclaimant<br>Fujitsu America, Inc. |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE