JOHN C. HERMAN
RYAN K. WALSH *(Pro Hac Vice)*
ROBBINS GELLER RUDMAN
  & DOWD LLP
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>3COM CORPORATION, et al.,<br><br>             Defendants. | Case No. 3:09-cv-00602-CRB<br><br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT

NOW COME Plaintiff NorthPeak Wireless, LLC, Defendants, and Intervenor Intel Corporation and, pursuant to the terms of the parties' Stipulation to Stay the Case Pending Reexamination of the Patents-in-Suit, hereby provide the Court with the following status update.

### I. STATUS OF THE CASE

Pursuant to the Court's Order dated August 28, 2009, this case has been stayed pending ex parte reexamination of the patents at issue.

### II. STATUS OF THE REEXAMINATION PROCEEDINGS

**U.S. Patent No. 4,977,577 (the "'577 Patent")**

Intel originally filed an ex parte reexamination request for the '577 Patent on July 28, 2009, and filed a corrected request on September 18, 2009. On November 9, 2009, the U.S. Patent and Trademark Office (the "PTO") granted the request for reexamination. The PTO issued an Office Action regarding the '577 Patent, and NorthPeak filed a Response.

On June 28, 2011, the Patent Office issued a Reexamination Certificate, which confirms the patentability of all claims under reexamination (claims 2, 9, 12-14). A copy of the Reexamination Certificate is attached as Exhibit A to Docket Number 460.

On August 30, 2013, Intel initiated a second ex parte reexamination request for the '577 Patent. On October 9, 2013, the PTO granted the request for reexamination. The PTO issued a non-final Office Action on December 26, 2013. NorthPeak filed its response on February 25, 2014.

On May 20, 2014, the Patent Office issued a Reexamination Certificate, which confirms the patentability of all claims under reexamination (claims 2, 9, 12-14). A copy of the Reexamination Certificate is attached hereto as Exhibit A.

**U.S. Patent No. 5,987,058 (the "'058 Patent")**

Intel filed an ex parte reexamination request for the '058 Patent on September 4, 2009. On October 23, 2009, the PTO granted the request for reexamination. The PTO issued an Office Action regarding the '058 Patent, and NorthPeak filed a Response.

The Examiner found Claims 35 and 86 of the '058 Patent unpatentable. On August 22, 2011, NorthPeak filed a Notice of Appeal and Appeal Brief before the Board of Patent Appeals and Interferences, appealing the Examiner's decision regarding the reexamination of the '058 patent. On October 31, 2013, NorthPeak withdrew its appeal. The Appellate Court closed the matter on May 23, 2014. The PTO issued an Ex Parte Reexamination Certificate on June 25, 2014. A copy of the Reexamination Certificate is attached hereto as Exhibit B.

### III.   FURTHER PROCEEDINGS

The Parties respectfully request 60 days to develop and file a Joint Case Management Statement setting forth a new proposed schedule for the remainder of this litigation in accordance with Civil Local Rule 16-9, to take into account the results of the reexamination proceedings and the current posture of the case. A proposed order is attached hereto.

DATED: July 24, 2014                ROBBINS GELLER RUDMAN
                                     & DOWD LLP


                                         /s/ Ryan K. Walsh
                                     RYAN K. WALSH
                                     JOHN C. HERMAN
                                     RYAN K. WALSH *(Pro Hac Vice)*
                                     Monarch Centre, Suite 1650
                                     3424 Peachtree Road, N.E.
                                     Atlanta, GA  30326
                                     Telephone:  (404) 504-6500
                                     Fascimile : (404) 504-6501
                                     jherman@rgrdlaw.com
                                     rwalsh@rgrdlaw.com

                                     ***Attorneys for Plaintiff***

2

DATED:  July 24, 2014

By:    /s/ Andrew V. Devkar

Richard de Bodo  (CA SBN 128199)
rich.debodo@bingham.com
Andrew V. Devkar  (CA SBN 228809)
andrew.devkar@bingham.com
BINGHAM MCCUTCHEN LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, California  90404-4082
Tel: 310.907.1000
Fax: 310.907.2000

*Attorneys for Epson America, Inc.*

DATED:  July 24, 2014


By:  /s/ Jeffrey T. Lindgren


Richard C. Vasquez (CA SB 127228)
Jeffrey T. Lindgren (CA SB 176400)
Eric W. Benisek (CA SB 209520)
Robert S. McArthur (CA SB 204604)
Stephen C. Steinberg (CA SB 230656)
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Tel: (925)-627-4250
Fax: (925)-403-0900


*Attorneys for SMC Networks, Inc.*

DATED:  July 24, 2014

By:    /s/ Chad S. Campbell

Chad S. Campbell (#258723)
Timothy J. Franks (#197645)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788


*Attorneys for Intel Corporation*

3

DATED:  July 24, 2014

By:   /s/ Alfredo A. Bismonte

Justin T. Beck (Cal. Bar No. 53138)
Alfredo A. Bismonte (Cal. Bar. No. 136154)
Jeremy M. Duggan (Cal. Bar. No. 229854)
Beck, Bismonte & Finley, LLP
150 Almaden Blvd., 10th Floor
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790

***Attorneys for ASUS Computer International***

DATED:  July 24, 2014

By:   /s/ Edgar Martinez

Ryan Yagura
Vision L. Winter
Nicholas J. Whilt
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
Tel: (213) 430-6000
Fax: (213) 430-6407

Edgar Martinez
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, California 92660-6429
Tel: (949) 760-9600
Fax: (949) 823-6994

***Attorneys for Belkin International, Inc.***

4

DATED:  July 24, 2014

By:      /s/ C. Erik Hawes

David J. Levy (admitted pro hac vice)
dlevy@morganlewis.com
Rick L. Rambo (admitted pro hac vice)
rrambo@morganlewis.com
C. Erik Hawes (admitted pro hac vice)
ehawes@morganlewis.com
I. Clay Rogers (admitted pro hac vice)
crogers@morganlewis.com
Thomas R. Davis (admitted pro hac vice)
tdavis@morganlewis.com
Michael L. Raspino (CA State Bar No. 262037)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX  77002
Tel:     (713) 890-5000
Fax:     (713) 890-5001

Michael J. Lyons (State Bar No. 202284)
mlyons@morganlewis.com
Ahren Christian Hsu-Hoffman (State Bar No. 250469)
ahoffman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:     (650) 843-4000
Fax:     (650) 843-4001

***Attorneys for Hewlett-Packard Company and 3Com Corporation***

DATED:  July 24, 2014

By:      /s/ Dana M. Herberholz

Dana M. Herberholz (Pro Hac Vice)
John N. Zarian (Pro Hac Vice)
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, Idaho  83702
Telephone:     (208) 562-4900
Facsimile:     (208) 562-4901
Email:           dherberholz@parsonsbehl.com
                    jzarian@parsonsbehl.com

***Attorneys for ViewSonic Corporation***

5

DATED:  July 24, 2014

By:   /s/ Duncan Palmatier
Christine Yang
Duncan Palmatier
LAW OFFICES OF S. J. CHRISTINE YANG
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708

*Attorneys for D-Link Systems, Inc. and Zyxel Communications, Inc.*

DATED:  July 24, 2014

By:   /s/ Ryan R. Smith

Ryan R. Smith
Matthew A. Argenti
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

*Attorneys for NETGEAR, Inc.*

DATED:  July 24, 2014

By:   /s/ William B. Dyer III

William B. Dyer III
Anita Bhushan
Roger Dale Taylor
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta, GA 30308

*Attorneys for Sony Electronics Inc., and Sony Computer Entertainment America Inc.*

DATED:  July 24, 2014

By:   /s/ Thomas H. Zellerbach
Thomas H. Zellerbach (SBN 154557)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400
(650) 614-7401 (fax)

*Attorneys for WatchGuard Technologies, Inc*.

6

| | |
|---|---|
| DATED:  July 24, 2014 | |
| | By:     /s/ Michael C. Ting |
| | Michael C. Ting<br>TECHKNOLWEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA  94306 |
| | (408) 646-1131 |
| | *Attorneys for Acer America Corp. and Gateway, Inc.* |
| DATED:  July 24, 2014 | |
| | By:     /s/ Russell W. Faegenburg |
| | David H.S. Commins (SBN 124205)<br>Kit L. Knudsen (SBN 154714)<br>COMMINS & KNUDSEN, P.C.<br>400 Montgomery Street, Suite 200<br>San Francisco, CA 94104<br>Tel: (415) 391-6490<br>Fax: (415) 391-6493 |
| | Russell W. Faegenburg<br>Andrew T. Zidel<br>LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090<br>Tel: (908) 654-5000<br>Fax: (908) 654-7866 |
| | *Attorneys for Buffalo Americas, Inc.* |
| DATED:  July 24, 2014 | |
| | By:     /s/ David S. Bloch |
| | David S. Bloch<br>David Enzminger<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5894 |
| | *Attorneys for U.S. Robotics Corporation* |

7

DATED:  July 24, 2014

By:     /s/ Pavan Agarwal

John J. Feldhaus
Pavan Agarwal
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007

**Attorneys for Toshiba America Information Systems, Inc.**

DATED:  July 24, 2014

By:     /s/ Byron R. Holz

Steven D. Hemminger (SBN 110665)
Ryan W. Koppelman (SBN 290704)
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303-2282
Telephone:     650-838-2000
Facsimile:     650-838-2001
ryan.koppelman@alston.com
steve.hemminger@alston.com

Patrick J. Flinn (SBN 104423)
John D. Haynes (pro hac vice)
Byron R. Holz (pro hac vice)
One Atlantic Center
1201 W Peachtree St
Atlanta, GA  30309
Telephone :    (404) 881-7000
Fax :             (404) 881-7777
patrick.flinn@alston.com
john.haynes@alston.com
byron.holz@alston.com

**Attorneys for Dell, Inc. and SonicWALL**

DATED:  July 24, 2014

By:  /s/ Jen-Feng Lee

Jen-Feng Lee
LT PACIFIC LAW GROUP
17800 Castleton Street, #560
City of Industry, California 91748
Phone: (626) 810-7200
Fax: (626) 810-7300

***Attorneys for Trendnet Systems, Inc., Trendware International, Inc., and Zonet USA Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014July 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

     /s/ Ryan K. Walsh
Ryan K. Walsh *(Pro Hac Vice)*
ROBBINS GELLER RUDMAN
  & DOWD LLP
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, GA 30326
(404) 504-6500 (Telephone)
(404) 504-6501 (Facsimile)
rwalsh@rgrdlaw.com

Attorney for Plaintiff

JOINT STATUS REPORT