UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC, | Case No. 3:09-cv-00602-CRB |
| Plaintiff, | Order Granting 60 Days to Prepare Joint Case Management Statement |
| vs. | |
| 3COM CORPORATION, et al., | |
| Defendants. | |

Before the Court is the Parties' Request for 60 days to Prepare a Joint Case Management Statement setting forth the schedule in this matter. There being good cause shown based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court GRANTS the motion. The Parties shall file with the Court a Joint Case Management Statement in accordance with Civil Local Rule 16-9 on or before **September 23, 2014**.

\* \* \*

**O R D E R**

IT IS SO ORDERED.
Dated: July 28, 2014

Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer