1  JOHN C. HERMAN
   RYAN K. WALSH *(Pro Hac Vice)*
2  ROBBINS GELLER RUDMAN
     & DOWD LLP
3  3424 Peachtree Road, N.E.
   Monarch Centre, Suite 1650
4  Atlanta, Georgia 30326
   Telephone:  404-504-6500
5  Facsimile:  404-504-6501
   jherman@rgrdlaw.com
6  rwalsh@rgrdlaw.com

7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  NORTHPEAK WIRELESS, LLC,           )   Case No. 3:09-cv-00602-CRB
                                       )
13                      Plaintiff,     )   **CIVIL L.R. 6-2 STIPULATED REQUEST**
                                       )   **AND ORDER ENLARGING TIME TO**
14        vs.                          )   **FILE JOINT CASE MANAGEMENT**
                                       )   **ORDER**
15  3COM CORPORATION, et al.,          )
                                       )
16                      Defendants.    )
                                       )   Judge:      Hon. Charles Breyer
17  ―――――――――――――――――――――――            )   Courtroom:  6, 17th Floor

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 6, Civil L.R. 6-1(b), and Civil L.R. 6-2(a), Plaintiff NorthPeak Wireless, LLC ("NorthPeak") respectfully submits this Civil L.R. 6-2 Stipulated Request for Order Enlarging Time to File the Parties' Joint Case Management Statement.

WHEREAS, the deadline for the parties to file their Joint Case Management Statement is currently Tuesday September 23, 2014;

WHEREAS, due to conflicts both in this litigation and on other matters NorthPeak requests additional time to prepare its portion of the Joint Case Management Statement and work to negotiate agreements with Defendants in the Statement where possible;

WHEREAS, the Defendants have agreed to a thirty (30) day extension for NorthPeak to prepare its portion of the Joint Case Management Statement;

WHEREAS, this is NorthPeak's first request to extend the deadline to file a Joint Case Management Statement pursuant to the Court's order of July 28, 2014 (Dkt. 491).

WHEREAS, the proposed extension of time will not affect any other deadline set by the Court.

THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The deadline for submission of the Parties' Joint Case Management Statement shall be extended up to and including October 23, 2014.

**IT IS SO STIPULATED.**

1  DATED:  September 22, 2014                **ROBBINS GELLER RUDMAN & DOWD**
                                            **LLP**
2
                                            By:  /s/ Ryan K. Walsh
3                                                John C. Herman
                                                 Ryan K. Walsh (Pro Hac Vice)
4                                                Monarch Centre, Suite 1650
                                                 3424 Peachtree Road, N.E.
5                                                Atlanta, GA  30326
                                                 Telephone:  (404) 504-6500
6                                                Fascimile : (404) 504-6501
                                                 jherman@rgrdlaw.com
7                                                rwalsh@rgrdlaw.com

8                                            Attorneys for Plaintiff

9
   DATED:  September 22, 2014                **BINGHAM MCCUTCHEN LLP**
10
                                            By:  /s/ Andrew V. Devkar
11                                               Richard de Bodo (SBN 128199)
                                                 rich.debodo@bingham.com
12                                               Andrew V. Devkar (SBN 228809)
                                                 andrew.devkar@bingham.com
13                                               The Water Garden
                                                 Suite 2050 North
14                                               1601 Cloverfield Boulevard
                                                 Santa Monica, California 90404-4082
15                                               Tel: 310.907.1000
                                                 Fax: 310.907.2000
16
                                            Attorneys for Epson America, Inc.
17

18 DATED:  September 22, 2014                **VASQUEZ BENISEK & LINDGREEN LLP**

19                                           By:  /s/ Stephen C. Steinberg
                                                 Richard C. Vasquez (CA SB 127228)
20                                               Jeffrey T. Lindgren (CA SB 176400)
                                                 Eric W. Benisek (CA SB 209520)
21                                               Robert S. McArthur (CA SB 204604)
                                                 Stephen C. Steinberg (CA SB 230656)
22                                               3685 Mt. Diablo Blvd., Suite 300
                                                 Lafayette, CA 94549
23                                               Tel: (925)-627-4250
                                                 Fax: (925)-403-0900
24                                               rvasquez@vbllaw.com
                                                 jlindgren@vbllaw.com
25                                               ebenisek@vbllaw.com
                                                 mcarthur@vbllaw.com
26                                               ssteinberg@vbllaw.com

27                                           Attorneys for SMC Networks, Inc.

28
   CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
   CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1  DATED:  September 22, 2014          **PERKINS COIE** LLP

2                                       By: /s/ Chad S. Campbell

3                                          Chad S. Campbell, CA Bar No. 258723
                                           cscampbell@perkinscoie.com
4                                          Timothy J. Franks, CA Bar No. 197645
                                           tfranks@perkinscoie.com
5                                          2901 North Central Avenue, Suite 2000
                                           Phoenix, AZ  85012-2788
6                                          Telephone:  602.351.8000
                                           Facsimile:  602.648.7000

7                                       Attorneys for Intel Corporation

8

9  DATED:  September 22, 2014          **BECK, BISMONTE & FINLEY**, LLP

10                                      By: /s/ Alfredo A. Bismonte

11                                         Justin T. Beck (SBN 53138)
                                           Alfredo A. Bismonte (SBN 136154)
                                           Jeremy M. Duggan (SBN 229854)
12                                         150 Almaden Blvd., 10th Floor
                                           San Jose, CA 95113
13                                         Tel: (408) 938-7900
                                           Fax: (408) 938-0790
14                                         jbeck@beckllp.com
                                           absimonte@beckross.com
15                                         jduggan@beckllp.com

16                                      Attorneys for ASUS Computer International

17

18

19

20

21

22

23

24

25

26

27

28

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1    DATED:  September 22, 2014                **O'MELVENY & MYERS** LLP

2                                              By:  /s/ Edgar Martinez

3                                                   Ryan Yagura
                                                    ryagura@omm.com
4                                                   Vision L. Winter
                                                    vwinter@omm.com
5                                                   Nicholas J. Whilt
                                                    nwhilt@omm.com
6                                                   400 South Hope Street
                                                    Los Angeles, California 90071-2899
7                                                   Tel: (213) 430-6000
                                                    Fax: (213) 430-6407

8                                                   Edgar Martinez
                                                    emartinez@omm.com
9                                                   610 Newport Center Drive
                                                    Newport Beach, California 92660-6429
10                                                  Tel: (949) 760-9600
                                                    Fax: (949) 823-6994
11
                                                    Attorneys for Belkin International, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1  DATED:  September 22, 2014

**MORGAN, LEWIS & BOCKIUS** LLP

2  By:  /s/ C. Erik Hawes

3  David J. Levy (admitted pro hac vice)
   dlevy@morganlewis.com

   Rick L. Rambo (admitted pro hac vice)
4  rrambo@morganlewis.com

   C. Erik Hawes (admitted pro hac vice)
5  ehawes@morganlewis.com

   I. Clay Rogers (admitted pro hac vice)
6  crogers@morganlewis.com

   Thomas R. Davis (admitted pro hac vice)
7  tdavis@morganlewis.com

   Michael L. Raspino (SBN 262037)
8  1000 Louisiana St., Suite 4000
   Houston, TX 77002

9  Tel: (713) 890-5000
   Fax: (713) 890-5001

10

   Michael J. Lyons (SBN 202284)
11 mlyons@morganlewis.com

   Ahren Christian Hsu-Hoffman (SBN
12 250469)
   ahoffman@morganlewis.com

13 2 Palo Alto Square
   3000 El Camino Real, Suite 700

14 Palo Alto, CA 94306
   Tel: (650) 843-4000

15 Fax: (650) 843-4001

16 Attorneys for Hewlett-Packard Company and
   3Com Corporation

17

18 DATED:  September 22, 2014

**PARSONS BEHLE & LATIMER**

19 By:  /s/ Dana M. Herberholz

20 Dana M. Herberholz (Pro Hac Vice)
   John N. Zarian (Pro Hac Vice)

21 800 W. Main Street, Suite 1300
   Boise, Idaho 83702

22 Telephone: (208) 562-4900
   Facsimile: (208) 562-4901

23 dherberholz@parsonsbehl.com
   jzarian@parsonsbehl.com

24

   Attorneys for ViewSonic Corporation
25

26

27

28

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1    DATED:  September 22, 2014                **LAW OFFICES OF S. J. CHRISTINE YANG**

2                                              By:  /s/ Duncan Palmatier
3                                                   Christine Yang
                                                    Duncan Palmatier
                                                    17220 Newhope Street, Suite 101-102
4                                                   Fountain Valley, CA 92708
                                                    Telephone: (714) 641-4022
5                                                   Facsimile: (714) 641-2082
                                                    cyang@sjclawpc.com
6                                                   dpalm@dpalmlaw.com

7                                              Attorneys for D-Link Systems, Inc. and Zyxel
                                               Communications, Inc.
8

9    DATED:  September 22, 2014                **WILSON SONSINI GOODRICH & ROSATI**

10                                             By:  /s/ Ryan R. Smith
11                                                  Ryan R. Smith
                                                    Matthew A. Argenti
12                                                  One Market Street
                                                    Spear Tower, Suite 3300
13                                                  San Francisco, CA 94105
                                                    Telephone: (415) 947-2000
14                                                  Facsimile: (415) 947-2099
                                                    rmsith@wsgr.com
15                                                  margenti@wsgr.com

16                                             Attorneys for NETGEAR, Inc.

17   DATED:  September 22, 2014                **FINNEGAN, HENDERSON, FARABOW,**
                                               **GARRETT & DUNNER, LLP**
18

19                                             By:  /s/ William B. Dyer III
                                                    William B. Dyer III
20                                                  Anita Bhushan
                                                    Roger Dale Taylor
21                                                  303 Peachtree Street, NE, Suite 3500
                                                    Atlanta, GA 30308
22                                                  Telephone: (404) 653-6400
                                                    Facsimile: (404) 653-6444
23                                                  bill.dyer@finnegan.com
                                                    anita.bhushan@finnegan.com
24
                                               Attorneys for Sony Electronics Inc., and Sony
25                                             Computer Entertainment America Inc.

26

27

28

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1  DATED:  September 22, 2014

2

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

3  By:  /s/ Thomas H. Zellerbach

Thomas H. Zellerbach (SBN 154557)

4      1000 Marsh Road
       Menlo Park, California 94025

5      (650) 614-7400
       (650) 614-7401 (fax)

6      tzerllerbach@orrick.com

7  Attorneys for WatchGuard Technologies, Inc.

8  DATED:  September 22, 2014

**TECHKNOLWEDGE LAW GROUP LLP**

9  By:  /s/ Michael C. Ting

Kaiwen Tseng (SBN 193756)

10     ktseng@tklg-llp.com
       Hsiang "James" H. Lin (SBN 241472)

11     jlin@tklg-llp.com
       Michael C. Ting (SBN 247610)

12     mting@tklg-llp.com
       100 Marine Parkway, Suite 200

13     Redwood Shores, CA 94306
       Telephone: (650) 517-5200

14     Facsimile: (650) 226-3133

15  Attorneys for Acer America Corp. and Gateway, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DATED:  September 22, 2014          **COMMINS & KNUDSEN, P.C.**

2                                       By: /s/ Andew T. Zidel
                                            _____
3                                           David H.S. Commins (SBN 124205)
                                            Kit L. Knudsen (SBN 154714)
4                                           400 Montgomery Street, Suite 200
                                            San Francisco, CA 94104
5                                           Tel: (415) 391-6490
                                            Fax: (415) 391-6493
6                                           david@commins.com
                                            kit@commins.com
7
                                            Russell W. Faegenburg
8                                           Andrew T. Zidel
                                            LERNER, DAVID, LITTENBERG,
9                                           KRUMHOLZ & MENTLIK, LLP
                                            600 South Avenue West
10                                          Westfield, NJ 07090
                                            Tel: (908) 654-5000
11                                          Fax: (908) 654-7866
                                            RFaegenburg@ldlkm.com
12                                          AZidel@ldlkm.com

13                                          Attorneys for Buffalo Americas, Inc.

14  DATED:  September 22, 2014          **WINSTON & STRAWN LLP**

15                                      By: /s/ David S. Bloch
                                            _____
16                                          David S. Bloch
                                            David Enzminger
17                                          101 California Street
                                            San Francisco, CA 94111-5894
18                                          Telephone: (415) 591-1000
                                            Facsimile: (415) 591-1400
19                                          DBloch@winston.com
                                            DEnzminger@winston.com
20
                                            Attorneys for U.S. Robotics Corporation
21

22

23

24

25

26

27

28

1  DATED:  September 22, 2014          **FOLEY & LARDNER** LLP

2                                      By:  /s/ Pavan Agarwal
                                            John J. Feldhaus
3                                           Pavan Agarwal
                                            3000 K Street, N.W., Suite 500
4                                           Washington, D.C. 20007
                                            Telephone: 202-672-5300
5                                           Facsimile: 202-672-5399
                                            jfeldhaus@foley.com
6                                           pagarwal@foley.com

7                                      Attorneys for Toshiba America Information
                                       Systems, Inc.
8

9  DATED:  September 22, 2014          **ALSTON & BIRD** LLP

10                                     By:  /s/ Byron R. Holz
                                            Steven D. Hemminger (SBN 110665)
11                                          Ryan W. Koppelman (SBN 290704)
                                            1950 University Avenue, 5th Floor
12                                          East Palo Alto, CA 94303-2282
                                            Telephone: 650-838-2000
13                                          Facsimile: 650-838-2001
                                            ryan.koppelman@alston.com
14                                          steve.hemminger@alston.com

15                                          Patrick J. Flinn (SBN 104423)
                                            John D. Haynes (pro hac vice)
16                                          Byron R. Holz (pro hac vice)
                                            One Atlantic Center
17                                          1201 W Peachtree St
                                            Atlanta, GA 30309
18                                          Telephone : (404) 881-7000
                                            Fax : (404) 881-7777
19                                          patrick.flinn@alston.com
                                            john.haynes@alston.com
20                                          byron.holz@alston.com

21                                     Attorneys for Dell, Inc. and SonicWALL

22

23

24

25

26

27

28

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1   DATED:  September 22, 2014         **LT PACIFIC LAW GROUP**

2                                   By: /s/ Jen-Feng Lee

3                                      Jen-Feng Lee
                                       17800 Castleton Street, #560
                                       City of Industry, California 91748

4                                       Phone: (626) 810-7200
                                       Fax: (626) 810-7300

5                                       jflee@ltpacificlaw.com

6                                 Attorneys for Trendnet Systems, Inc., Trendware

7                               International, Inc., and Zonet USA Corporation

8   DATED:  September 22, 2014         **MORRISON & FOERSTER LLP**

9                                 By: /s/ Daniel C. Hubin
                                       Karl J. Kramer (SBN 136433)

10                                     Daniel C. Hubin (SBN 278987)
                                     755 Page Mill Road

11                                     Palo Alto, California 94304-1018
                                     Telephone: 650.813.5600

12                                     Facsimile: 650.494.0792
                                     KKramer@mofo.com

13                                     DHubin@mofo.com

14                               Attorneys for Fujitsu America, Inc.

1

### DECLARATION OF CONSENT

2          Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that

3   concurrence in the filing of this document has been obtained from the relevant parties hereto.

4

5   DATED:  September 22, 2014

6

7

8                                                      /s/ *Ryan K. Walsh*
                                                       RYAN K. WALSH

9

10

11

12

13          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15

16   Dated:  September 23, 2014

17                                                      The Honorable Charles R.
                                                        United S
18                                                      North



19

20

21

22

23

24

25

26

27

28
     _____
     CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
     CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record who have consented to accept service of this document by electronic mail.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Ryan K. Walsh*
RYAN K. WALSH

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB