JOHN C. HERMAN
RYAN K. WALSH *(Pro Hac Vice)*
ROBBINS GELLER RUDMAN
  & DOWD LLP
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>                    Plaintiff,<br><br>    vs.<br><br>3COM CORPORATION, et al.,<br><br>                    Defendants. | Case No. 3:09-cv-00602-CRB<br><br>**CIVIL L.R. 6-2 STIPULATED REQUEST AND ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER**<br><br>Judge:      Hon. Charles Breyer<br>Courtroom:  6, 17th Floor |

Pursuant to Federal Rule of Civil Procedure 6, Civil L.R. 6-1(b), and Civil L.R. 6-2(a), Plaintiff NorthPeak Wireless, LLC ("NorthPeak") respectfully submits this Civil L.R. 6-2 Stipulated Request for Order Enlarging Time to File the Parties' Joint Case Management Statement.

WHEREAS, the deadline for the parties to file their Joint Case Management Statement is currently Thursday October 23, 2014 (*see* Dkt. 495, Order granting Stipulation Enlarging Time to File Joint Case Management Statement);

WHEREAS, NorthPeak has retained new litigation counsel and requests additional time to prepare and file a motion for substitution of counsel and motions for admission *pro hac vice*, and for NorthPeak's new counsel to negotiate the terms of the Joint Case Management Statement with Defendants;

WHEREAS, the Defendants have agreed to a thirty (30) day extension for NorthPeak to file a Motion for Substitution of Counsel and prepare its portion of the Joint Case Management Statement;

WHEREAS, this is NorthPeak's second request to extend the deadline to file a Joint Case Management Statement pursuant to the Court's order of July 28, 2014 (Dkt. 491).

WHEREAS, the proposed extension of time will not affect any other deadline set by the Court.

THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The deadline for submission of the Parties' Joint Case Management Statement shall be extended up to and including Monday, November 24, 2014.

**IT IS SO STIPULATED.**

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED: October 21, 2014 | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 2 | | |
| 3 | | By: /s/ Ryan K. Walsh |
| | | John C. Herman |
| 4 | | Ryan K. Walsh (Pro Hac Vice) |
| | | Monarch Centre, Suite 1650 |
| 5 | | 3424 Peachtree Road, N.E. |
| | | Atlanta, GA  30326 |
| 6 | | Telephone:  (404) 504-6500 |
| | | Fascimile : (404) 504-6501 |
| 7 | | jherman@rgrdlaw.com |
| | | rwalsh@rgrdlaw.com |
| 8 | | Attorneys for Plaintiff |
| 9 | | |
| 10 | DATED:  October 21, 2014 | **BINGHAM MCCUTCHEN LLP** |
| 11 | | By:  /s/ Andrew V. Devkar |
| | | Richard de Bodo (SBN 128199) |
| 12 | | rich.debodo@bingham.com |
| | | Andrew V. Devkar (SBN 228809) |
| 13 | | andrew.devkar@bingham.com |
| | | The Water Garden |
| 14 | | Suite 2050 North |
| | | 1601 Cloverfield Boulevard |
| 15 | | Santa Monica, California 90404-4082 |
| | | Tel: 310.907.1000 |
| 16 | | Fax: 310.907.2000 |
| 17 | | Attorneys for Epson America, Inc. |
| 18 | DATED: October 21, 2014 | **VASQUEZ BENISEK & LINDGREEN LLP** |
| 19 | | By: /s/ Stephen C. Steinberg |
| 20 | | Richard C. Vasquez (CA SB 127228) |
| | | Jeffrey T. Lindgren (CA SB 176400) |
| 21 | | Eric W. Benisek (CA SB 209520) |
| | | Robert S. McArthur (CA SB 204604) |
| 22 | | Stephen C. Steinberg (CA SB 230656) |
| | | 3685 Mt. Diablo Blvd., Suite 300 |
| 23 | | Lafayette, CA 94549 |
| | | Tel: (925)-627-4250 |
| 24 | | Fax: (925)-403-0900 |
| | | rvasquez@vbllaw.com |
| 25 | | jlindgren@vbllaw.com |
| | | ebenisek@vbllaw.com |
| 26 | | mcarthur@vbllaw.com |
| | | ssteinberg@vbllaw.com |
| 27 | | Attorneys for SMC Networks, Inc. |
| 28 | | |

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED:  October 21, 2014 | **PERKINS COIE LLP** |
| 2 | | By: /s/ Chad S. Campbell |
| 3 | | Chad S. Campbell, CA Bar No. 258723<br>cscampbell@perkinscoie.com |
| 4 | | Timothy J. Franks, CA Bar No. 197645<br>tfranks@perkinscoie.com |
| 5 | | 2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>Telephone:  602.351.8000 |
| 6 | | Facsimile:  602.648.7000 |
| 7 | | Attorneys for Intel Corporation |
| 8 | | |
| 9 | DATED:  October 21, 2014 | **BECK, BISMONTE & FINLEY**, **LLP** |
| 10 | | By: /s/ Jeremy M. Duggan |
| | | Justin T. Beck (SBN 53138) |
| 11 | | Alfredo A. Bismonte (SBN 136154)<br>Jeremy M. Duggan (SBN 229854) |
| 12 | | 150 Almaden Blvd., 10th Floor<br>San Jose, CA 95113 |
| 13 | | Tel: (408) 938-7900<br>Fax: (408) 938-0790 |
| 14 | | jbeck@beckllp.com<br>absimonte@beckllp.com |
| 15 | | jduggan@beckllp.com |
| 16 | | Attorneys for ASUS Computer International |

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED:  October 21, 2014 | **O'MELVENY & MYERS LLP** |
| 2 | | By: /s/ Vision L. Winter |

Ryan Yagura
ryagura@omm.com
Vision L. Winter
vwinter@omm.com
Nicholas J. Whilt
nwhilt@omm.com
400 South Hope Street
Los Angeles, California 90071-2899
Tel: (213) 430-6000
Fax: (213) 430-6407

Edgar Martinez
emartinez@omm.com
610 Newport Center Drive
Newport Beach, California 92660-6429
Tel: (949) 760-9600
Fax: (949) 823-6994

Attorneys for Belkin International, Inc.

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED: October 21, 2014 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | | By: /s/ Michael L. Raspino |
| | | David J. Levy (admitted pro hac vice) |
| 3 | | dlevy@morganlewis.com |
| | | Rick L. Rambo (admitted pro hac vice) |
| 4 | | rrambo@morganlewis.com |
| | | C. Erik Hawes (admitted pro hac vice) |
| 5 | | ehawes@morganlewis.com |
| | | I. Clay Rogers (admitted pro hac vice) |
| 6 | | crogers@morganlewis.com |
| | | Thomas R. Davis (admitted pro hac vice) |
| 7 | | tdavis@morganlewis.com |
| | | Michael L. Raspino (SBN 262037) |
| 8 | | 1000 Louisiana St., Suite 4000 |
| | | Houston, TX 77002 |
| 9 | | Tel: (713) 890-5000 |
| | | Fax: (713) 890-5001 |
| 10 | | |
| | | Michael J. Lyons (SBN 202284) |
| 11 | | mlyons@morganlewis.com |
| | | Ahren Christian Hsu-Hoffman (SBN |
| 12 | | 250469) |
| | | ahoffman@morganlewis.com |
| 13 | | 2 Palo Alto Square |
| | | 3000 El Camino Real, Suite 700 |
| 14 | | Palo Alto, CA 94306 |
| | | Tel: (650) 843-4000 |
| 15 | | Fax: (650) 843-4001 |
| 16 | | Attorneys for Hewlett-Packard Company and |
| 17 | | 3Com Corporation |
| 18 | DATED: October 21, 2014 | **PARSONS BEHLE & LATIMER** |
| 19 | | By: /s/ Dana M. Herberholz |
| | | Dana M. Herberholz (Pro Hac Vice) |
| 20 | | John N. Zarian (Pro Hac Vice) |
| | | 800 W. Main Street, Suite 1300 |
| 21 | | Boise, Idaho 83702 |
| | | Telephone: (208) 562-4900 |
| 22 | | Facsimile: (208) 562-4901 |
| | | dherberholz@parsonsbehl.com |
| 23 | | jzarian@parsonsbehl.com |
| 24 | | Attorneys for ViewSonic Corporation |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED:  October 21, 2014 | **LAW OFFICES OF S. J. CHRISTINE YANG** |
| 2 | | By: /s/ Duncan Palmatier |
| | | Christine Yang |
| | | Duncan Palmatier |
| | | 17220 Newhope Street, Suite 101-102 |
| | | Fountain Valley, CA 92708 |
| | | Telephone: (714) 641-4022 |
| | | Facsimile: (714) 641-2082 |
| | | cyang@sjclawpc.com |
| | | dpalm@dpalmlaw.com |
| | | |
| | | Attorneys for D-Link Systems, Inc. and Zyxel Communications, Inc. |
| | DATED:  October 21, 2014 | **WILSON SONSINI GOODRICH & ROSATI** |
| | | By: /s/ Ryan R. Smith |
| | | Ryan R. Smith |
| | | Matthew A. Argenti |
| | | One Market Street |
| | | Spear Tower, Suite 3300 |
| | | San Francisco, CA 94105 |
| | | Telephone: (415) 947-2000 |
| | | Facsimile: (415) 947-2099 |
| | | rmsith@wsgr.com |
| | | margenti@wsgr.com |
| | | |
| | | Attorneys for NETGEAR, Inc. |
| | DATED:  October 21, 2014 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP** |
| | | By: /s/ William B. Dyer III |
| | | William B. Dyer III |
| | | Anita Bhushan |
| | | Roger Dale Taylor |
| | | 303 Peachtree Street, NE, Suite 3500 |
| | | Atlanta, GA 30308 |
| | | Telephone: (404) 653-6400 |
| | | Facsimile: (404) 653-6444 |
| | | bill.dyer@finnegan.com |
| | | anita.bhushan@finnegan.com |
| | | |
| | | Attorneys for Sony Electronics Inc., and Sony Computer Entertainment America Inc. |

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED: October 21, 2014 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | | |
| 3 | | By: /s/ Thomas H. Zellerbach |
| | | Thomas H. Zellerbach (SBN 154557) |
| 4 | | 1000 Marsh Road |
| | | Menlo Park, California 94025 |
| 5 | | (650) 614-7400 |
| | | (650) 614-7401 (fax) |
| 6 | | tzerllerbach@orrick.com |
| 7 | | Attorneys for WatchGuard Technologies, Inc. |
| 8 | DATED: October 21, 2014 | **TECHKNOLWEDGE LAW GROUP LLP** |
| 9 | | |
| | | By: /s/ Michael C. Ting |
| 10 | | Kaiwen Tseng (SBN 193756) |
| | | ktseng@tklg-llp.com |
| 11 | | Hsiang "James" H. Lin (SBN 241472) |
| | | jlin@tklg-llp.com |
| 12 | | Michael C. Ting (SBN 247610) |
| | | mting@tklg-llp.com |
| 13 | | 100 Marine Parkway, Suite 200 |
| | | Redwood Shores, CA 94306 |
| 14 | | Telephone: (650) 517-5200 |
| | | Facsimile: (650) 226-3133 |
| 15 | | Attorneys for Acer America Corp. and Gateway, Inc. |

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED: October 21, 2014 | **COMMINS & KNUDSEN, P.C.** |
| 2 | | By: /s/ Russell W. Faegenburg |
| | | David H.S. Commins (SBN 124205) |
| 3 | | Kit L. Knudsen (SBN 154714) |
| | | 400 Montgomery Street, Suite 200 |
| 4 | | San Francisco, CA 94104 |
| | | Tel: (415) 391-6490 |
| 5 | | Fax: (415) 391-6493 |
| | | david@commins.com |
| 6 | | kit@commins.com |
| 7 | | Russell W. Faegenburg |
| | | Andrew T. Zidel |
| 8 | | LERNER, DAVID, LITTENBERG, |
| | | KRUMHOLZ & MENTLIK, LLP |
| 9 | | 600 South Avenue West |
| | | Westfield, NJ 07090 |
| 10 | | Tel: (908) 654-5000 |
| | | Fax: (908) 654-7866 |
| 11 | | RFaegenburg@ldlkm.com |
| | | AZidel@ldlkm.com |
| 12 | | |
| 13 | | Attorneys for Buffalo Americas, Inc. |
| 14 | DATED: October 21, 2014 | **WINSTON & STRAWN LLP** |
| 15 | | By: /s/ David S. Bloch |
| 16 | | David S. Bloch |
| | | David Enzminger |
| 17 | | 101 California Street |
| | | San Francisco, CA 94111-5894 |
| 18 | | Telephone: (415) 591-1000 |
| | | Facsimile: (415) 591-1400 |
| 19 | | DBloch@winston.com |
| | | DEnzminger@winston.com |
| 20 | | Attorneys for U.S. Robotics Corporation |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

1  DATED:  October 21, 2014                    **FOLEY & LARDNER LLP**

2                                              By: /s/ Pavan Agarwal
                                                   John J. Feldhaus
3                                                  Pavan Agarwal
                                                   3000 K Street, N.W., Suite 500
4                                                  Washington, D.C. 20007
                                                   Telephone: 202-672-5300
5                                                  Facsimile: 202-672-5399
                                                   jfeldhaus@foley.com
6                                                  pagarwal@foley.com

7                                              Attorneys for Toshiba America Information
                                               Systems, Inc.
8

9  DATED:  October 21, 2014                    **ALSTON & BIRD LLP**

10                                             By: /s/ Byron R. Holz
                                                   Steven D. Hemminger (SBN 110665)
11                                                 Ryan W. Koppelman (SBN 290704)
                                                   1950 University Avenue, 5th Floor
12                                                 East Palo Alto, CA 94303-2282
                                                   Telephone: 650-838-2000
13                                                 Facsimile: 650-838-2001
                                                   ryan.koppelman@alston.com
14                                                 steve.hemminger@alston.com

15                                                 Patrick J. Flinn (SBN 104423)
                                                   John D. Haynes (pro hac vice)
16                                                 Byron R. Holz (pro hac vice)
                                                   One Atlantic Center
17                                                 1201 W Peachtree St
                                                   Atlanta, GA 30309
18                                                 Telephone : (404) 881-7000
                                                   Fax : (404) 881-7777
19                                                 patrick.flinn@alston.com
                                                   john.haynes@alston.com
20                                                 byron.holz@alston.com

21                                             Attorneys for Dell, Inc. and SonicWALL

22

23

24

25

26

27

28

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

| | | |
|---|---|---|
| 1 | DATED:  October 21, 2014 | **LT PACIFIC LAW GROUP** |
| 2 | | By: /s/ Jen-Feng Lee |
| 3 | | Jen-Feng Lee<br>17800 Castleton Street, #560 |
| 4 | | City of Industry, California 91748<br>Phone: (626) 810-7200 |
| 5 | | Fax: (626) 810-7300<br>jflee@ltpacificlaw.com |
| 6 | | Attorneys for Trendnet Systems, Inc., Trendware |
| 7 | | International, Inc., and Zonet USA Corporation |
| 8 | DATED:  October 21, 2014 | **MORRISON & FOERSTER LLP** |
| 9 | | By: /s/ Daniel C. Hubin |
| | | Karl J. Kramer (SBN 136433) |
| 10 | | Daniel C. Hubin (SBN 278987)<br>755 Page Mill Road |
| 11 | | Palo Alto, California 94304-1018<br>Telephone: 650.813.5600 |
| 12 | | Facsimile: 650.494.0792<br>KKramer@mofo.com |
| 13 | | DHubin@mofo.com |
| 14 | | Attorneys for Fujitsu America, Inc. |

CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT
CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

**DECLARATION OF CONSENT**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the relevant parties hereto.

DATED: October 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Ryan K. Walsh*
　　　　　　　　　　　　　　　　　　　　　　　　　RYAN K. WALSH

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   October 23,  2014

The Honorable
United States
Northern Di



CIVIL L.R. 6-2 STIPULATED REQUEST AND [PROPOSED] ORDER ENLARGING TIME TO FILE JOINT CASE MANAGEMENT ORDER; Case No. 3:09-cv-00602-CRB

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record who have consented to accept service of this document by electronic mail.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                */s/ Ryan K. Walsh*
                                                RYAN K. WALSH