| | |
|---|---|
| 1 | **NIX PATTERSON & ROACH, L.L.P.** |
| 2 | DEREK T. GILLILAND *(pro hac vice)* |
|   |     dgilliland@nixlawfirm.com |
| 3 | ED CHIN *(pro hac vice pending)* |
|   |     edchin@me.com |
| 4 | ANDREW J. WRIGHT *(pro hac vice pending)* |
|   |     andrewjwright@me.com |
| 5 | CHRISTIAN HURT *(pro hac vice pending)* |
|   |     christianhurt@nixlawfirm.com |
| 6 | KIRK VOSS *(pro hac vice pending)* |
|   |     kirkvoss@me.com |
| 7 | 5215 N. O'Connor Blvd., Suite 1900 |
|   | Irving, Texas 75039 |
| 8 | Telephone: (972) 831-1188 |
|   | Facsimile: (972) 444-0716 |
| 9 | - and - |
| 10 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 11 | ELI R. GREENSTEIN (State Bar No. 217945) |
|   |     egreenstein@ktmc.com |
| 12 | One Sansome Street, Suite 1850 |
|   | San Francisco, California 94104 |
| 13 | Telephone: (415) 400-3004 |
|   | Facsimile: (415) 400-3001 |
| 14 | *Attorneys for Plaintiff Northpeak Wireless, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC, | Case No. 3:09-cv-00602-CRB |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |
| vs. | [LOCAL RULE 11-5] |
| 3COM CORPORATION, et al., | Judge: Hon. Charles Breyer |
| Defendants. | |

NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER                     Case No. 3:09-CV-00602-CRB

| | |
|---|---|
| 1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Plaintiff Northpeak Wireless, LLC hereby substitutes its |
| 3 | counsel and attorneys of record in the above-captioned matter, as follows: |
| 4 | |
| 5 | Former Counsel |
| 6 | ROBBINS GELLER RUDMAN & DOWD LLP<br>Ryan K. Walsh |
| 7 | rwalsh@rgrdlaw.com<br>John C. Herman |
| 8 | jherman@rgrdlaw.com<br>3424 Peachtree Road, N.E. |
| 9 | Suite 1650 |
| 10 | Atlanta, GA  30326<br>Telephone:  (404) 504-6565 |
| 11 | Facsimile:   (404) 504-6501 |
| 12 | New Counsel |
| 13 | NIX PATTERSON & ROACH, L.L.P. |
| 14 | DEREK T. GILLILAND *(pro hac vice)*<br>dgilliland@nixlawfirm.com |
| 15 | ED CHIN *(pro hac vice pending)* |
| 16 | edchin@me.com *(pro hac vice pending)*<br>ANDREW J. WRIGHT *(pro hac vice pending)* |
| 17 | andrewjwright@me.com<br>CHRISTIAN HURT *(pro hac vice pending)* |
| 18 | christianhurt@nixlawfirm.com |
| 19 | KIRK VOSS *(pro hac vice pending)*<br>kirkvoss@me.com |
| 20 | 5215 N. O'Connor Blvd., Suite 1900<br>Irving, Texas  75039 |
| 21 | Telephone: (972) 831-1188<br>Facsimile:   (972) 444-0716 |
| 22 | |
| 23 | and |
| 24 | KESSLER TOPAZ MELTZER & CHECK, LLP<br>ELI R. GREENSTEIN (State Bar No. 217945) |
| 25 | egreenstein@ktmc.com |
| 26 | One Sansome Street, Suite 1850<br>San Francisco, California  94104 |
| 27 | Telephone:  (415) 400-3004<br>Facsimile:   (415) 400-3001 |
| 28 | |

NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER                          1                    Case No.  3:09-CV-00602-CRB

**Substitution Based on Consent**

Plaintiff Northpeak Wireless, LLC respectfully submits that the proposed substitution of counsel is in the best interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

Dated: October 23, 2014       NORTHPEAK WIRELESS, LLC

By:  /s/
Name: Miriam Goggin
Title: Manager

Dated: October 23, 2014       ROBBINS GELLER RUDMAN & DOWD LLP
RYAN K. WALSH

By:  /s/
Ryan K. Walsh
John C. Herman
Former Attorneys for Plaintiff
Northpeak Wireless, LLC

Dated: October 23, 2014       NIX PATTERSON & ROACH, L.L.P.

By:  /s/
Derek T. Gilliland
Ed Chin
Andrew J. Wright
Christian Hurt
Kirk Voss
New Counsel for Plaintiff Northpeak Wireless, LLC

KESSLER TOPAZ MELTZER & CHECK, LLP

By:  /s/ *Eli R. Greenstein*
Eli R. Greenstein
Local Counsel for Plaintiff Northpeak Wireless, LLC

NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER                              2                    Case No. 3:09-CV-00602-CRB

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 |   |
| 4 | Dated: P q  _____ |
| 5 | Hon. Charles R. Breyer |
|   | United States |



NOTICE OF SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER           3           Case No. 3:09-CV-00602-CRB