David S. Bloch (SBN 184530)
dbloch@winston.com
Thomas J. Kearney (SBN 267087)
tkearney@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Fax: (415) 591-1400

David P. Enzminger (SBN 137065)
denzminger@winston.com
Winston & Strawn LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone: (650) 858-6580
Fax: (650) 858-6550

*Counsel for Defendant and Counter-claimant*
*U.S. Robotics Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>Plaintiff<br><br>v.<br><br>3COM CORPORATION, et al.,<br><br>Defendants. | Case No. 3:09-cv-00602-CRB<br><br>**NOTICE OF APPEARANCE OF THOMAS J. KEARNEY** |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Thomas J. Kearney of the law firm Winston & Strawn LLP

3 hereby enters his appearance on behalf of Defendant and Counter-claimant U.S. Robotics

4 Corporation. Notice and service of all pleadings and papers should be transmitted to the address

5 given below.

6

7 Dated: January 8, 2015                          Respectfully submitted,

8

9                                        By:   _/s/ Thomas J. Kearney_

10                                              Thomas J. Kearney (SBN 267087)
                                               tkearney@winston.com
11                                             WINSTON & STRAWN LLP
                                               101 California Street
12                                             San Francisco, CA 94111
                                               Telephone: (415) 591-1000
13                                             Facsimile: (415) 591-1400

14
                                               *Counsel for Defendant and Counter-claimant*
15                                             *U.S. Robotics Corporation*

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

___ /s/ Thomas J. Kearney ___