Adrienne Hunacek Miller (State Bar No. 274660)
EMAIL: AMILLER@FOLEY.COM
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: (650) 856-3700
Facsimile:  (650) 856-3710

John J. Feldhaus, *pro hac vice*
Pavan K. Agarwal, *pro hac vice*
EMAIL: JFELDHAUS@FOLEY.COM
EMAIL: PAGARWAL@FOLEY.COM
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile:  (202) 672-5399

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>3COM CORPORATION, *et al*.<br><br>　　　　　Defendants. | Case No.: 3:09-CV-00602 (SI)<br><br>**MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC. AND [PROPOSED] ORDER** |

Defendant and Counterclaimant Toshiba America Information Systems, Inc. through its attorneys, Foley & Lardner LLP, respectfully requests the official withdrawal of Gautham Bodepudi and George C. Best as counsel of record for Defendant and Counterclaimant Toshiba America Information Systems, Inc. in the above-captioned action. Messrs. Bodepudi and Best are no longer attorneys associated with Foley & Lardner LLP and are not involved in representing Defendant and Counterclaimant Toshiba America Information Systems, Inc. in this case. Adrienne Hunacek Miller, of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, CA 94304-1013; and John J. Feldhaus (admitted *pro hac vice*) and Pavan K. Agarwal (admitted *pro hac vice*) of Foley & Lardner LLP, 3000 K Street NW, Suite 600, Washington, D.C. 20007-5109, will continue as counsel of record for Toshiba America Information Systems, Inc.

Dated: January 9, 2015         Respectfully submitted,

/s/ *Adrienne Hunacek Miller*
John J. Feldhaus
Pavan K. Agarwal
Adrienne Hunacek Miller
**Foley & Lardner LLP**
Attorneys for Defendant and Counterclaimant
Toshiba America Information Systems, Inc.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____, 2015     BY: _____
                              Honorable Susan Illston
                              United States District Court Judge

---

MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL
CASE NO. 3:09-CV-00602 SI

4828-2739-6385.1