24 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 2/13/15

Case No.   C-09-0602 SI          Judge:   SUSAN ILLSTON

Title: NORTHPEAK WIRELESS  -v- 3COM CORP, ET AL.,

**Attorneys for Pltf:** Edward Chin, Andrew Wright, Eli Greenstein

**Attorneys for Deft:**

| | |
|---|---|
| Jeff Lee - Tran Net | Aaron Matz and Chad Campbell - Intel |
| Michel Tin- Acer America Corp, Gateway | Daniel Hubin - Fujitsu |
| Thomas Kearney U.S. Robotic | Lily Lim - Sony |
| Duncan Palmtatier - D Link | Ryan Koppelman - Dell & Sonicwall |
| Pafan Agarwal and Adrienne Hunacek Miller - Toshiba | Dana Herberholz - Viewsonic David Commins - Buffalo & Northpeak Wirelss |
| Andrew Devkar - Epson | Richard Vasquez- SMC Networks |
| Alfredo Bismonte - Asus | Vision Winger - Belkin |
| Andrew Gray - HP | Thomas Zellerbach - Watchguard |
| Ryan Smith - Netgear | |

Deputy Clerk:  Tracy Kasamoto Court Reporter: Debra Pas

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                                PART

Case continued to **4/30/15  @ 3:00 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
SEE ATTACHED FOR CLAIM CONSTRUCTION SCHEDULE:

| Date | Event |
|---|---|
| 3/6/16 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 3/27/15 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 4/21/15 | File Joint Claim Construction & Prehearing Statement (Pat.L.R. 4-3) |
| 6/5/15 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 6/19/15 | File Opening Brief on Claim Construction (Pat.L.R. 4-5(a)) |
| 7/17/15 | File Opposing Brief on Claim Construction (Pat.L.R. 4-5(b)) |
| 7/31/15 | Reply Claim Construction Brief (Pat L.R. 4.5(c)) |
| 8/19/15 @ 2 p.m. | Tutorial |
| 8/26/15 @ 2 p.m. | Markman Hearing |