**Time: 26 minutes**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/1/15

Case No.   C09-0602 SI             Judge:   SUSAN ILLSTON

Title: NORTHPEAK WIRELESS -v- 3COM CORPORATION

Attorneys: Andrew Wright, Edward Chin          SEE ATTACHED FOR DEFENSE COUNSEL

Deputy Clerk: Tracy Kasamoto   Court Reporter: N/A

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to     @ **3:00 p.m.** for Further Case Management Conference

Case continued to     @ **9:00 a.m.**    for Motions
(Motion due , Opposition   Reply )

Case continued to     @ **3:30 p.m.**  for Pretrial Conference

Case continued to     @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
**Depositions for Parties and Third-Parties**
The Plaintiff shall be entitled to take four hundred fifty (450) hours of deposition
testimony total of parties and third-parties, exclusive of designated expert witnesses (but no more
than 28 hours of depositions as to each Defendant and to Intel).

The Defendants and Intel shall be entitled to take a total of three hundred fifty (350)
hours of deposition testimony total of parties and third-parties, exclusive of designated expert
witnesses.

Absent agreement, no deposition of a fact witness under Fed. R. Civ. P. 30(b)(1) shall
exceed 7 hours, except that an individual inventor may be deposed for up to 10 hours.