1  Chad S. Campbell, CA Bar No. 258723
   CSCampbell@perkinscoie.com
2  Timothy J. Franks, CA Bar No. 197645
   TFranks@perkinscoie.com
3  PERKINS COIE LLP
   2901 North Central Avenue, Suite 2000
4  Phoenix, Arizona 85012-2788
   Telephone: 602.351.8000
5  Facsimile: 602.648.7000

6  Nancy Cheng (CA Bar No. 280682)
   NCheng@perkinscoie.com
7  PERKINS COIE LLP
8  3150 Porter Drive
   Palo Alto, CA 94304-1212
9  Telephone: 650.838.4300
   Facsimile: 650.838.4350
10
   Attorneys for Intel Corporation
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15

16  NORTHPEAK WIRELESS, LLC,                    Case No. 3:09-cv-00602 SI

17              Plaintiff,                      **UNOPPOSED REQUEST AND ~~[PROPOSED]~~ ORDER FOR PERMISSION TO USE EQUIPMENT DURING TUTORIAL**

18       v.

19  3COM CORPORATION, *et al.*,
                                                Judge: The Honorable Susan Illston
20              Defendants.                           Courtroom 10, 19th Floor

21

22       Intel Corporation respectfully requests the Court's permission for Defendants to use the

23  following presentation equipment during the tutorial for the above-captioned action, which is

24  scheduled to take place on Wednesday, August 19, 2015 at 10:00 a.m: (1) laptop computers; (2)

25  display projector; (3) projector screen; (4) A/V cart, stand and table; (5) cabling and related

26  accessories. The equipment will also be available for use by all parties. Plaintiff NorthPeak

27  Wireless, LLC has indicated that it does not oppose this request.

28

UNOPPOSED REQUEST AND [PROPOSED]
ORDER                                                                    Case No: 3:09-cv-00602-SI

DATED: August 17, 2015

**PERKINS COIE LLP**

By: /s/ Chad S. Campbell

Chad S. Campbell, (#258723)
Timothy J. Franks, (#197645)
Aaron H. Matz (*pro hac vice*)
Tyler R. Bowen, (*pro hac vice*)
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
cscampbell@perkinscoie.com
tfranks@perkinscoie.com
amatz@perkinscoie.com
tbowen@perkinscoie.com

Nancy Cheng (#280682)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
NCheng@perkinscoie.com

Attorneys for Intel Corporation

### **ORDER**

The following audio/visual equipment may be brought to Courtroom 10 on August 19, 2015 for the tutorial on that day:  (1) laptop computers; (2) display projector; (3) projector screen; (4) A/V cart, stand and table; (5) cabling and related accessories.

IT IS SO ORDERED

Dated: August 18, 2015.

Honorable Susan Illston
U.S. District Court Judge

UNOPPOSED REQUEST AND [PROPOSED] ORDER   -2-   Case No: 3:09-cv-00602-SI