1  Chad S. Campbell, CA Bar No. 258723
   CSCampbell@perkinscoie.com
2  Timothy J. Franks, CA Bar No. 197645
   TFranks@perkinscoie.com
3  PERKINS COIE LLP
   2901 North Central Avenue, Suite 2000
4  Phoenix, Arizona 85012-2788
   Telephone:  602.351.8000
5  Facsimile:  602.648.7000

6  Nancy Cheng (CA Bar No. 280682)
   NCheng@perkinscoie.com
7  PERKINS COIE LLP
   3150 Porter Drive
8  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
9  Facsimile: 650.838.4350

10 Attorneys for Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>3COM CORPORATION, *et al.*,<br><br>         Defendants. | Case No. 3:09-cv-00602 SI<br><br>**UNOPPOSED REQUEST AND [PROPOSED] ORDER FOR PERMISSION TO USE EQUIPMENT DURING CLAIMS CONSTRUCTION HEARING**<br><br>Judge: The Honorable Susan Illston<br>         Courtroom 10, 19th Floor |

Intel Corporation respectfully requests the Court's permission for Defendants to use the following presentation equipment during the claims construction hearing for the above-captioned action, which is scheduled to take place on Wednesday, August 26, 2015 at 10:00 a.m:  (1) laptop computers; (2) display projector; (3) projector screen; (4) A/V cart, stand and table; (5) cabling and related accessories; and (6) document camera (ELMO).  The equipment will also be available for use by all parties.  Plaintiff NorthPeak Wireless, LLC has indicated that it does not oppose this request.

| | | |
|---|---|---|
| 1 | DATED: August 24, 2015 | **PERKINS COIE LLP** |
| 2 | | By: /s/ Chad S. Campbell |
| | | Chad S. Campbell, (#258723) |
| 3 | | Timothy J. Franks, (#197645) |
| | | Aaron H. Matz (*pro hac vice*) |
| 4 | | Tyler R. Bowen, (*pro hac vice*) |
| | | 2901 North Central Avenue, Suite 2000 |
| 5 | | Phoenix, AZ  85012-2788 |
| | | Telephone:  602.351.8000 |
| 6 | | Facsimile:  602.648.7000 |
| | | cscampbell@perkinscoie.com |
| 7 | | tfranks@perkinscoie.com |
| | | amatz@perkinscoie.com |
| 8 | | tbowen@perkinscoie.com |
| 9 | | Nancy Cheng (#280682) |
| | | PERKINS COIE LLP |
| 10 | | 3150 Porter Drive |
| | | Palo Alto, CA  94304-1212 |
| 11 | | NCheng@perkinscoie.com |
| 12 | | Attorneys for Intel Corporation |

### ORDER

The following audio/visual equipment may be brought to Courtroom 10 on August 26, 2015 for the claims construction hearing on that day:  (1) laptop computers; (2) display projector; (3) projector screen; (4) A/V cart, stand and table; (5) cabling and related accessories; and (6) document camera (ELMO).

IT IS SO ORDERED

Dated: August __24__, 2015.

_____
Honorable Susan Illston
U.S. District Court Judge