**NIX PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (*pro hac vice*)
dgilliland@nixlawfirm.com
EDWARD CHIN (*pro hac vice*)
edchin@me.com
CHRISTIAN HURT (*pro hac vice*)
christianhurt@nixlawfirm.com
KIRK VOSS (*pro hac vice*)
kirkvoss@me.com
WINN CUTLER (*pro hac vice*)
winncutler@nixlawfirm.com
ROSS LEONOUDAKIS (*pro hac vice*)
rossl@nixlawfirm.com
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

(*Additional Counsel on Signature Page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NORTHPEAK WIRELESS, LLC, | ) | No. 3:09-cv-00602-SI |
| Plaintiff, | ) | |
| vs. | ) | ~~PROPOSED~~ **ORDER DISMISSING DEFENDANT WATCHGUARD TECHNOLOGIES, INC. WITH PREJUDICE** |
| 3COM CORPORATION, et al., | ) | |
| Defendants. | ) | |

Proposed Order Dismissing Defendant Watchguard With Prejudice
Case No.  No. 3:09-CV-00602-Si

Having considered Plaintiff NORTHPEAK WIRLESS, LLC.'S ("NorthPeak") and Defendant WATCHGUARD TECHNOLOGIES, INC.'s ("Watchguard") Joint Stipulation of Dismissal With Prejudice as to claims and counterclaims asserted by NorthPeak and Watchguard, it is hereby

ORDERED that NorthPeak's claims against Watchguard are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that Watchguard's counterclaims against NorthPeak are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SIGNED this __23rd__ day of _____September_____, 2015.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

Proposed Order Dismissing Defendant Watchguard With Prejudice
Case No.  No. 3:09-CV-00602-Si                                                                    - 1 -