**NIX, PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (*pro hac vice*)
dgilliland@nixlawfirm.com
EDWARD CHIN (*pro hac vice*)
edchin@me.com
CHRISTIAN HURT (*pro hac vice*)
christianhurt@nixlawfirm.com
KIRK VOSS (*pro hac vice*)
kirkvoss@me.com
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

– and –

**KESSLER TOPAZ MELTZER & CHECK, LLP**
ELI R. GREENSTEIN (State Bar No. 217945)
egreenstein@ktmc.com
One Sansome Street, Suite 1850
San Francisco, California 94104
Telephone: (415) 400-3004
Facsimile: (415) 400-3001

ATTORNEYS FOR PLAINTIFF NORTHPEAK WIRELESS, LLC

(*Additional Counsel on Signature Page*)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3COM CORPORATION, *et al*,<br><br>    Defendants. | Case No:   3:09-cv-00602-CRB<br><br>**UNOPPOSED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER] RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  The Honorable Susan Illston<br>            Courtroom 10, 19th Floor |

Plaintiff NorthPeak Wireless, LLC ("NorthPeak") respectfully moves the Court to reschedule the Case Management Conference, which is presently set for October 9, 2015, to October 16, 2015 and would show the Court as follows:

The Court previously scheduled the Case Management Conference for October 9, 2015. NorthPeak is currently negotiating with Defendants[1] and Intervenor Intel Corporation ("Intel") as to how the litigation will proceed going forward in light of the Court's Claim Construction Order (Docket No. 594). The negotiations are ongoing and not yet finalized. In an effort to reduce the number of disputed issues, NorthPeak believes that additional time for negotiation would be beneficial before the parties have to submit their Joint Case Management Statement. Accordingly, NorthPeak requests that the Court reschedule the Case Management Conference to October 16, 2015 to enable the parties to continue their negotiations and attempt to reduce the disputed issues.

Counsel for the Defendants and Intel are not opposed to this request. There is good cause for the requested re-scheduling of the Case Management Conference because the additional time will facilitate the parties' ongoing discussions and will likely reduce the number of and/or clarify the disputed issues, if any. The parties represent that they are available to attend the Case Management Conference if it is re-scheduled for October 16, 2015.

---

[1] "Defendants" refers to 3Com Corporation ("3Com"), ACER America Corporation ("Acer America"), ASUS Computer International ("ASUS"), Belkin International Inc. ("Belkin"), Buffalo Americas, Inc. ("Buffalo"), Dell, Inc. ("Dell"), D-Link Systems, Inc. ("D-Link"), Epson America, Inc. ("Epson"), Fujitsu America, Inc. ("FAI"), Gateway, Inc. ("Gateway"), Hewlett-Packard Company ("HP"), NETGEAR, Inc. ("NETGEAR"), SMC Networks, Inc. ("SMC"), SonicWALL, Inc. ("SonicWALL"), Sony Electronics Inc. ("SEL"), Sony Computer Entertainment America LLC, a successor-in-interest to Sony Computer Entertainment America Inc. ("SCEA"), Toshiba America Information Systems, Inc. ("TAIS"), Trendnet Systems, Inc. ("Trendnet"), Trendware International, Inc. ("Trendware"), U.S. Robotics Corporation ("U.S. Robotics"), ViewSonic Corporation ("ViewSonic"), Zonet USA Corporation ("Zonet"), Zyxel Communications, Inc. ("Zyxel").

Based on the foregoing good cause, NorthPeak respectfully prays that the Case Management Conference presently scheduled for October 9, 2015 be rescheduled to **October 16, 2015**.

Respectfully submitted this 29th day of September, 2015.

/s/ Edward Chin

**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (*pro hac vice*)
dgilliland@nixlawfirm.com
EDWARD CHIN (*pro hac vice*)
edchin@me.com
CHRISTIAN HURT (*pro hac vice*)
christianhurt@nixlawfirm.com
KIRK VOSS (*pro hac vice*)
kirkvoss@me.com
WINN CUTLER (*pro hac vice*)
winncutler@nixlawfirm.com
ROSS LEONOUDAKIS (*pro hac vice*)
rossl@nixlawfirm.com

5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

– and –

**KESSLER TOPAZ MELTZER & CHECK, LLP**
ELI R. GREENSTEIN (State Bar No. 217945)
egreenstein@ktmc.com
One Sansome Street, Suite 1850
San Francisco, California 94104
Telephone: (415) 400-3004
Facsimile: (415) 400-3001

ATTORNEYS FOR PLAINTIFF
NORTHPEAK WIRELESS, LLC

2

UNOPPOSED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO: 3:09-CV-00602-CRB

**DECLARATION OF CONSENT**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the relevant parties hereto.

DATED: September 29, 2015

/s/ Edward Chin

**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served via the Court's ECF system on counsel for each party who has consented to electronic service on this the 29th day of September, 2015.

/s/ Edward Chin

**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHPEAK WIRELESS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>3COM CORPORATION, *et al*,<br><br>    Defendants. | Case No:   3:09-cv-00602-CRB<br><br>**ORDER ON UNOPPOSED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  The Honorable Susan Illston<br>          Courtroom 10, 19th Floor |

## ORDER

Having considered Plaintiff NORTHPEAK WIRELESS L.L.C.'S ("NorthPeak") Unopposed Motion to reschedule the Case Management Conference, it is hereby **ORDERED** that the Case Management Conference is rescheduled to **October ~~16~~ 15, 2015**, at 10:30 a.m.

SIGNED THIS 30th DAY OF Sept., 2015

IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

UNOPPOSED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO: 3:09-CV-00602-CRB

4