1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11

12   NORTHPEAK WIRELESS, LLC,            Case No. 3:09-cv-00602 SI

13            Plaintiff,                 **ORDER APPROVING STIPULATION OF**
                                         **NONINFRINGEMENT AND FOR**
14        v.                             **SEVERANCE OF CLAIMS REGARDING**
                                         **INTEL**
15   3COM CORPORATION, *et al.*,
                                         Judge:  The Honorable Susan Illston
16            Defendants.                        Courtroom 10, 19th Floor

17

18        Plaintiff NorthPeak Wireless, LLC ("NorthPeak") and Intervenor Intel Corporation

19   (Intel") have filed a Stipulation of Noninfringement and for Severance of Claims Regarding Intel,

20   Docket No.614.  The Court has reviewed the stipulation and finds good cause to approve it.

21        Accordingly, IT IS ORDERED that:

22        1.  The claims for declaratory judgment relief against NorthPeak in Intel's Complaint

23            in Intervention (Dkt. 339), the defenses and claims for affirmative relief against

24            Intel in Plaintiff NorthPeak Wireless LLC's Answer and Counterclaim to

25            Intervenor Intel Corporation's Complaint in Intervention (Dkt. 347), and all

26            defenses in Intel's Answer to Plaintiff NorthPeak Wireless LLC's Counterclaim

27            (Dkt. 373) are hereby severed (the "Severed Action");

28

2.  Counsel shall file documents comprising the Severed Action as a new civil action, with a new cover sheet and filing fee;

3.  Counsel shall file a stipulation that the newly-filed Severed Action is related to the pending action within the meaning of L.R. 3-12(c); and

4.  The steps set out in paragraphs 18-21 of the Stipulation of Noninfringement and for Severance of Claims Regarding Intel are approved.  Upon the docketing of the newly filed Severed Action, NorthPeak and Intel shall cooperate to implement those steps.

Dated:  November 5, 2015.

_____

Honorable Susan Illston
U.S. District Court Judge