1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

NORTHPEAK WIRELESS, LLC,

12

       Plaintiff,

Case No:    3:09-cv-00602-SI

13

    v.

14

3COM CORPORATION, *et al*,

15

       Defendants.

16
17

**ORDER DISMISSING DEFENDANT EPSON AMERICA, INC. WITH PREJUDICE**

18
19

      Having considered Plaintiff NORTHPEAK WIRELESS, LLC.'S ("NorthPeak") and

20

Defendant EPSON AMERICA, INC.'s ("Epson") Joint Stipulation of Dismissal With Prejudice

21

as to claims and counterclaims asserted by NorthPeak and Epson, it is hereby

22

      ORDERED that NorthPeak's claims against Epson are dismissed with prejudice, with

23

each party to bear its own costs and attorneys' fees.

24
25

      IT IS FURTHER ORDERED that Epson's counterclaims against NorthPeak are

26

dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

27
28

1   SIGNED this ___28th___ day of _____Dec._____, 2015.

2

3

4                                                    _____
                                                     The Honorable Susan Illston
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING DEFENDANT EPSON AMERICA, INC. WITH PREJUDICE**
**CASE NO: 3:09-CV-00602-SI**