1  RUDY Y. KIM (CA SBN 199426)
   RudyKim@mofo.com
2  DANIEL C. HUBIN (CA SBN 278987)
   DHubin@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  Attorney for Defendant and Counterclaimant
   FUJITSU AMERICA, INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  NORTHPEAK WIRELESS, LLC,            Case No.   3:09-cv-00602-SI

13              Plaintiff,              **NOTICE OF WITHDRAWAL OF
                                        COUNSEL KARL J. KRAMER
14       v.                            AND [PROPOSED] ORDER
                                        PERMITTING WITHDRAWAL**
15  3COM CORPORATION, et al.,

16              Defendants,            Judge:  Honorable Susan Illston
                                        Courtroom 10 - 19th Floor
17

18

19

20

21

22

23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that pursuant to Local Rule 11-5 Karl J. Kramer withdraws as

3  attorney of record for Defendant and Counterclaimant, FUJITSU AMERICA, INC.  The ground

4  for withdrawal is that Mr. Kramer has left his employment with Morrison & Foerster LLP.

5  Fujitsu's counsel provided written notice of the withdrawal to Fujitsu and to the other parties to

6  this case, and Fujitsu and the other parties to this case do not oppose the withdrawal.  Morrison &

7  Foerster LLP will continue to represent Defendant and Counterclaimant, FUJITSU AMERICA,

8  INC.

9

10  Dated:  December 29, 2015                RUDY Y. KIM
                                             MORRISON & FOERSTER LLP
11

12                                           By:    /s/  Rudy Y. Kim
                                                    Rudy Y. Kim
13
                                             Attorney for Defendant and
14                                           Counterclaimant
                                             FUJITSU AMERICA, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Before the Court is Defendant and Counterclaimant's Motion to Withdraw as Counsel.

2  There being good cause shown that Karl J. Kramer be withdrawn as counsel, the Court GRANTS

3  the motion.

4                                    [PROPOSED] ORDER

5  IT IS SO ORDERED

6  Dated:    1/4/16
                                    _____
7                                    Susan Illston, Judge
                                    Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28